## Turetsky, Samantha (Law)

| | |
|---|---|
| **From:** | Bryan Glass <bglass@ghnylaw.com> |
| **Sent:** | Tuesday, April 16, 2019 8:33 AM |
| **To:** | Turetsky, Samantha (Law) |
| **Subject:** | Zabar v. DOE (18 cv 6657)-discovery followup |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

We have reviewed your followup letter of April 8, 2019, and believe that we have fully complied with our written discovery obligations and provided the documents responsive to your requests. If you believe you need to write to the judge about alleged deficiencies that cannot be addressed during depositions, we will respond accordingly.

We are still awaiting Defendants' electronic discovery responses that you stated were to be provided by yesterday 4/15/19. When do you expect to provide them?

We can agree to depose Lynn Rosales on 4/29/19 and Manuel Urena on 5/2/19 at your 100 Church Street offices. If you prefer to come to my office for me to take these depositions, we can do the depositions at 85 Broad Street, 18th Floor.

Please confirm the deposition dates for Ms. Rosales and Mr. Urena commencing at 10 am and location, and we will send you deposition notices if you insist that they are necessary.

Thank you,

---------- Forwarded message ---------
From: **Turetsky, Samantha (Law)** <sturetsk@law.nyc.gov>
Date: Mon, Apr 15, 2019 at 5:57 PM
Subject: Zabar v. DOE (18 cv 6657)
To: Bryan Glass <bglass@ghnylaw.com>

Please see attached supplemental disclosures. I have placed a copy of the same in the mail.

Thank you,

Samantha P. Turetsky

Assistant Corporation Counsel

Labor and Employment Division

1

New York City Law Department

100 Church Street, Room 2-316

New York, NY, 10007

(212) 356-2451

sturetsk@law.nyc.gov

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

--

*Bryan D. Glass, Esq.*
*Partner*

85 Broad Street (at WeWork)
18th Floor
New York, NY 10004
**NOTE NEW ADDRESS AS OF 10/1/18**

Tel: 212-537-6859
 (This number receives text messages)
Fax: 845-510-2219

www.ghnylaw.com
bglass@ghnylaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at bglass@ghnylaw.com or by telephone at (212) 537-6859, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

--

*Bryan D. Glass, Esq.*
*Partner*

85 Broad Street (at WeWork)
18th Floor
New York, NY 10004
**NOTE NEW ADDRESS AS OF 10/1/18**

Tel: 212-537-6859
 (This number receives text messages)
Fax: 845-510-2219

www.ghnylaw.com
bglass@ghnylaw.com


CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at bglass@ghnylaw.com or by telephone at (212) 537-6859, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.