## Step 2 Grievance Request

May 23, 2018

Maya Zabar

REDACTED

School: M630

**187424**

**M66464**

**D.71**

Attention: Karen Solimando

Dear Chancellor Carranza:

Pursuant to the procedures set forth in Article 22 of the Collective Bargaining Agreement covering Teachers, the UFT requests a conference with you or your designated representative to discuss the following complaint, which was not resolved at the first step.

The complaint concerns the fact that for the last month both Professional Development Mondays and Common Planning Time Wednesdays were used solely for grading projects that administration assigned.

This is a clear violation of Articles 6, 7, 20, and 22.

As a remedy we request that administration adhere to the agreed upon work day schedule and professional activity (C6) and Ms. Zabar be made whole in all ways.

The employee shall be represented at the conference by a representative designated by the Union.

Sincerely,
Dwayne Clark
Borough Representative

cc: Ellen Procida
    Parniece Richardson

```
GRWPPFR                                                                  Page:    1
-5/07/18 10:47:41              Step1 Grievance Form                     PRICHARD

MAYA ZABAR                     SS#: XXX-XX-3845  File#...: REDAC
REDACTED                       Member Type: NT/TRTRQ/576BQ
                               School: M630     District: 71    School Type: VO

718-897-5478                   Case #: M000066464
E-Mail: MSZABAR@YAHOO.COM
----------------------------------------------------------------------------------
Step1 Filing Date..:  4/27/18           Et Al Case.....: N
Step1 Deadline Date:  5/04/18           Summer Case....: N
Decision/Date......:                    Step1 Board Rep: PRINCIPAL
Received Date......:                    Step1 UFT Rep..: JASON AGOSTO
Grievance Type.....: BREG ALL OTHERS    Grieve. School.: M630  HS OF ART & DESIGN
Status.............: O    OPEN          School District: 71    Type.: VO
Description........: PD AND CPT TIME FOR GRADING

Contract...........: A    TEACHERS      Contract Dates.: 11/01/09 - 11/30/18
Articles...........: 22,7

Comments
FOR THE LAST MONTH, BOTH PD MONDAYS AND CPT WEDNESDAYS HAVE BEEN
SOLELY FOR GRADING PROJECTS ADMINISTRATION ASSIGNED.  WE ARE NOT GIVEN
 ANY OPTIONS TO DO OTHER THINGS.  WE WANT PD AND CPT FOR PLANNING, AND
 GRADING THIS ASSIGNMENT SHOULD BE PER SESSION.



Grievant's Signature: _____

** END OF REPORT **
```



# THE NEW YORK CITY DEPARTMENT OF EDUCATION
RICHARD A. CARRANZA, *Chancellor*

OFFICE OF LABOR RELATIONS AND COLLECTIVE BARGAINING
100 Gold Street, #3403 (3rd Floor)
New York, NY 10038

## NOTICE OF GRIEVANCE CONFERENCE

DATE: June 5, 2018

GRIEVANT: Maya Zabar    OLR CASE #: 187424
REDACTED                UNION CASE #: K66464

Pursuant to the procedures set forth in the Collective Bargaining Agreement, a representative of the Chancellor will hear your Step 2 grievance appeal regarding the matter of: PROFESSIONAL ACTIVITY [EIS:0829255]

The conference is scheduled for:

DATE: 06/22/2018   TIME: 10:00a   PLACE: 100 GOLD STREET, 3RD FLOOR, HEARING ROOM 13, NYC 10038

THE FOLLOWING PARTIES ARE REQUESTED TO ATTEND THE ABOVE GRIEVANCE CONFERENCE:

Grievant: Maya Zabar                         Title: teacher
Principal: ART & DESIGN HS [D.2]             Tel.: (212)752-4340   Fax: (212)752-4945
Superintendent's Rep: Robin Kittrell         Tel.: (212)374-2495   Fax: (212)374-0456
UFT Borough Office: UFT BROOKLYN             Tel.: (718)852-4900   Fax: (718)852-9891

Notified via Email: murena4@schools.nyc.gov; rkittrell@schools.nyc.gov; asantan2@schools.nyc.gov; pwaltuch@schools.nyc.gov; skramer@schools.nyc.gov; prichar2@schools.nyc.gov; rbenvis@schools.nyc.gov; chosang@uft.org; kpena@uft.org; sperry@uft.org; alaureano@uft.org; aivy@uft.org; mcollins@uft.org; kheggs@uft.org; mdaniels@uft.org; acarte@uft.org; mruiz@uft.org; jbreton@uft.org; mzabar@schools.nyc.gov; mszabar@yahoo.com

**PRINCIPALS ARE ADVISED THAT THEY MAY EXERCISE THEIR DISCRETION TO ATTEND THE CONFERENCE IN PERSON OR TO PARTICIPATE BY TELEPHONE.** Should principals choose the latter, they should be available by phone at the scheduled time of the conference for an uninterrupted period of at least 30 minutes. Please notify the Department's representative in advance of the conference if you choose to participate by phone. **The principal or the payroll secretary should forward a copy of this notice to the grievant, if applicable, and to the chapter leader.** The principal should have faxed to the Chancellor's representative (212-374-0456) a copy of the Step 1 grievance filed by the employee and the Step 1 decision, with the OLR case number indicated.

The grievant(s) should contact the Union representative, with any questions concerning the case. The administration and the Union representative are encouraged to call Altagracia Santana, the Chancellor's representative, whose telephone number is (212)374-7970.

The Union must bring copies of relevant written material to the conference. The grievant's failure to appear on the date and time scheduled for the grievance conference, absent extreme conditions, may result in a determination that the case is considered abandoned. In the event that this conference occurs during your working hours or those of your representative, this letter may be used as authorization for excuse with pay for such time needed.

Sincerely,
Office of Labor Relations and Collective Bargaining
Cc:   Ellen Gallin Procida - UFT Grievance Department

## RE: Late observations at A&D HS

From: Alice O'Neil (AOneil@uft.org)

To: mszabar@yahoo.com; JBernstein@uft.org; jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Date: Thursday, June 1, 2017, 8:13 PM EDT

DR# 8/16/19

Hi Maya,

Feedback is to be given within 15 days. Observations must be completed by tomorrow to be entered into ADVANCE. If a teacher receives an observation report with a violation, the teacher should file an APPR Complaint. If a teacher receives no feedback, the teacher should file an APPR Complaint.

Alice

Sent with BlackBerry Work
(www.blackberry.com)

> **From:** Maya Zabar <mszabar@yahoo.com>
> **Date:** Thursday, Jun 01, 2017, 1:37 PM
> **To:** Alice O'Neil <AOneil@uft.org>, Jeffrey Bernstein <JBernstein@uft.org>, Jason Agosto <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>
> **Subject:** Late observations at A&D HS
>
> Hi.
>
> I was just observed by Mr. Urena and Ms. Rosales. Quite a few of us were given formal and/or informals this week. Most of us have at least one observation outstanding. However, a number of us have 2 outstanding observations. I am one of them. We have a legitimate APPR complaint because of this, correct? I understand they cannot observe you with 2 outstanding observations, right?
>
> Thank you.
>
> _____
> Ms. Maya Zabar



#PublicSchoolProud
UFT

*Because we love our neighborhood public schools*
Join our campaign »

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

## RE: Article 23 complaint

From: Alice O'Neil (AOneil@uft.org)

To: mszabar@yahoo.com

Date: Tuesday, May 16, 2017, 4:53 PM EDT



Unfortunately members are complaining regarding this AP Maya. Can you forward the letter to me?

Sent with BlackBerry Work
(www.blackberry.com)

> **From:** Maya Zabar <mszabar@yahoo.com>
> **Date:** Tuesday, May 16, 2017, 4:22 PM
> **To:** Alice O'Neil <AOneil@uft.org>
> **Cc:** Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>
> **Subject:** Re: Article 23 complaint
>
> Ok. We can submit Budney instead, tho it's still a poor solution. So what should I do now to file the appeal?
>
> Sent from my iPhone
>
> On May 16, 2017, at 12:46 PM, Alice O'Neil <AOneil@uft.org> wrote:
>
>> The AP cannot be a remedy after the Arbitration for your APPR Complaint Maya.
>>
>> Sent with BlackBerry Work
>> (www.blackberry.com)
>>
>>> **From:** Maya Zabar <mszabar@yahoo.com>
>>> **Date:** Tuesday, May 16, 2017, 10:43 AM
>>> **To:** Alice O'Neil <AOneil@uft.org>, Jason Agosto <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>
>>> **Subject:** Article 23 complaint
>>>
>>> Hi Alice.
>>>
>>> I received the Article 23 review yesterday and it said it was denied. I have 9 business days to appeal, which I'd like to do. It would be very helpful to know why the committee denied it and what I need to do next. Thank you.
>>>
>>> Additionally, I just received Mr. Urena's latest observation, which is 99% Ineffective and I am submitting an APPR on it today.
>>>
>>> _____ Ms. Maya Zabar

From: Maya Zabar <mszabar@yahoo.com>
Date: Dec 19, 2016 2:36 PM
Subject: Post Observation Meeting with Ms. Rosales today
To: Alice O'Neil <aoneil@uft.org>
Cc: Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>

Hi Alice.

I met with Ms. Rosales to do a post observation for her observation of me last Monday, Dec12, 2016. She observed my class for 30 minutes and spent the entire time interviewing students. Her low inference notes, which I can send you if you like, make no mention of anything I am doing during class - which makes me look like I'm doing nothing. This is nothing further than the truth. While students are working in groups or independently, I never sit. I am constantly walking around, assessing students individually or in groups. Ms. Rosales indicated during our meeting that my lesson was entirely Ineffective. Because she has no evidence in her low inference notes of me doing any assessing or engagement or any teaching whatsoever, this means she cannot write I met those criteria. She kept repeating that she is following Danielson. At this point, I will admit that I grew upset and told her so, albeit politely. When she asked what I needed to improve, I told her I needed actual support from my administration. Then she said, "When you let us know what you need, we will get it to you.", but she failed to mention/remember that I requested to observe her teaching via email, twice. I excused myself at this point. I have a feeling this will be called unprofessional and I will get another letter to file.

Specifically regarding this observation, Ms. Rosales has known about my Vocabulary Mondays for months now. She has never once indicated that it was in any way, shape or form, an unproductive or purposeless lesson. However, according to her today, my lesson was totally Ineffective because according to Danielson, "A whole lesson spent on vocabulary is ineffective." This means that she has known I've done lessons that, according to her, she's known have been 'wrong' and never once told me to stop doing them. Instead, she visits on a vocabulary day - knowing what I do those days and knowing that she would interpret my lesson as ineffective. Instead of being my supervisor and infoming me to avoid doing this lesson, she let me continue until she could 'catch me' doing it.

Can we include today in our Article 23? Thank you.

_____ Ms. Maya Zabar

# Re: Article 23 information

DR#6/7

From: Alice O'Neil (AOneil@uft.org)

To: mszabar@yahoo.com

Cc: jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Date: Monday, December 19, 2016, 9:18 AM EST

Thank you Maya. Some teachers have shared that they either have similar ratings as last spring (a mix of Effective with Developing) or are waiting for their first observation report. I have complaints regarding Ms. Budney from a teacher. Did she observe you in the past? There is not an outside observer sent by the UFT. The program known as PIP is voluntary and is a confidential mentor program which would not achieve the remedy you seek. Who is on the Consultative Committee?

Sent with Good Work (www.blackberry.com)

On Dec 19, 2016 8:11 AM, Maya Zabar <mszabar@yahoo.com> wrote:
Hi Alice.

To answer your questions:

1) I was not on the committee last year. My reviews were nearly entirely Effective all of last year. I stepped in to replace Barbara Komansky.

2) The meeting you are talking about for September with the Committee was canceled because Mr. Urena refused to meet with the union without his cabinet. Nearly the entire cabinet was there, as was Jeffery Bernstein.

3) I was present for all Executive Board meetings. Jason and/or Andrew has the attendance for it. As for what I asked - I stuck mostly to things concerning English, though I did question his SAT prep class and the reasons for a single session in such a large school. Mr. Urena's responses have continually been to explain his reasons and then, essentially, dismiss the topic as finished.

4) We can verify, but I am very nearly positive that most Board members are seeing lower ratings, if not being out right targeted for poor reviews.

5) Jason and I requested Sari Perez's statement the day of the disciplinary hearing. After that, we chose to wait on your advice.

6) If there has to be someone from the school to observe me, I'd like Ms. Budney to do mine. If not, I would appreciate someone off-site, who was approved by the union.

_____ Ms. Maya Zabar


On Monday, December 19, 2016 6:13 AM, Alice O'Neil <AOneil@uft.org> wrote:


Hi Maya, Andrew and Jason,
Your log will not be shown to your principal/administration or the DOE. I have any email that you have sent to me that I have replied to (with contractual advice or further questions).
Your APPR Complaint was forwarded to the Central Grievance Committee as the Borough Grievance Committee approved it to be sent to Central. Now the Central

Grievance Committee reviews it for consideration for Arbitration.
The answers to the questions below would help your individual Special Complaint under Article 23.

1. Were you on the Consultative Committee last year Maya? If so, which dates. Who was a member/witness last spring?
2. Who are the witnesses to the Consultative meeting in September? What question(s) did you ask? What was the principal's response? (Was this the Consultative meeting that was cancelled as the principal invited his cabinet?
3. Were you at the October, November or December Consultative Committte meetings? If so, who was present? What are the questions you asked and what was the principal's response?
4. This next question depends on whether the teachers share this information which is voluntary on their part as it is confidential. What are the observation ratings of the current members of the Consultative Committee?
5. Have you requested the statement of AP Perez that she allegedly made against you? You had the right to view all witness statements against you during the disciplinary meeting. If not, you may file a Step 1 Grievance for Improper Investigation.
6. Which observer at the school level would you request as an observer?
Please let me know if any section needs clarification.
Thank you,
Alice
Sent with Good Work (www.blackberry.com)
On Dec 18, 2016 8:48 PM, Maya Zabar <mszabar@yahoo.com> wrote:
Hi Alice.

Attached is the information you requested for my Article 23. Please let me know if you need me to send you copies of emails or letters. What do I do next?

_____ Ms. Maya Zabar



Join the fight at www.uft.org/unionproud.
The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.



Join the fight at www.uft.org/unionproud.
The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

## Fwd: Disciplinary meeting letter

From: Ms. Maya Zabar (mszabar@yahoo.com)

To: bglass@ghnylaw.com

Date: Monday, January 7, 2019, 9:26 AM EST

Ms. Zabar

Ms. Zabar

DR#8/19

---------- Forwarded message ----------
From: Maya Zabar <mszabar@yahoo.com>
Date: Apr 7, 2017 1:12 PM
Subject: Disciplinary meeting letter
To: Alice O'Neil <AOneil@uft.org>
Cc: Jason <jasonagosto1978@yahoo.com>,Andrew Savage <andrewvsavage88@gmail.com>

> Hi.
>
> This should come as no surprise, but I just got this note 2 hours before end of day right before a vacation. So, thus far, I've received some form of this harassment the day before a vacation. There was no reason to give this to me today. Further, I am returning from Japan that day and will be severely jet lagged. I will not be ok for a disciplinary hearing that day. I would also like you to represent me. I will email you now about the date and forward the request to her.
>
> I would also like to mention that the secretary had at least 5 other letters like this in her folder. This is incredibly cruel behavior on their part and they never stop. Is there ever going to be a time when the UFT comes in and shows their muscle? Is my article 23 in the works? I've provided all the materials you requested months ago.
>
>
>
>
> Sent from my iPhone

From: Maya Zabar <mszabar@yahoo.com>
Date: Mar 23, 2017 1:12 PM
Subject: CPT today
To: Alice O'Neil <aoneil@uft.org>,Jason Agosto <jasonagosto1978@yahoo.com>,Andrew Savage <andrewvsavage88@gmail.com>
Cc:

Hi Alice.

As you know, Mr. Young and I were called out by Mr. Urena to attend CPT on Wednesday because of Monday's PD. He and I attended CPT with Ms. Rosales and worked on curriculum things. I have just learned that today, when the rest of the staff has CPT this week, CPT is them doing the teacher surveys. Mr. Young and I have not received teacher surveys to fill out. This does not seem like an oversight, but something purposeful. Furthermore, why was no one else asked to do the same tasks Mr. Young and I did yesterday?

I would like to add this along with all the other things from this week to my Article 23. Thank you.

_____ Ms. Maya Zabar

## Fwd: Disciplinary and Post-Observation Rescheduled

From: Maya Zabar (mszabar@yahoo.com)

To: AOneil@uft.org; jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com; jbernstein@uft.org

Date: Friday, April 21, 2017, 10:50 AM EDT

I want to know what the UFT is doing about my Article 23. I asked months ago for help and have received NOTHING. I just came back from chaperoning the Japan trip last night, at 11:30pm, and am working on less than 5 hours of sleep. Today, I come into work to read this letter from Rosales and I was just given the disciplinary letter to file, which will follow in the next email. The UFT has not done a thing to defend me from this harassment all year.

Sent from my iPhone

Begin forwarded message:

> **From:** "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
> **Date:** April 21, 2017 at 10:43:06 AM EDT
> **To:** "mszabar@yahoo.com" <mszabar@yahoo.com>
> **Subject: Fw: Disciplinary and Post-Observation Rescheduled**

DR# 18/19

_____

Ms. Maya Zabar

_____

**From:** Rosales Lynn
**Sent:** Thursday, April 20, 2017 8:16 AM
**To:** Zabar Maya (02M620)
**Cc:** Oneil Alice (02M288); Urena Manuel (02M630)
**Subject:** Disciplinary and Post-Observation Rescheduled

Ms. Zabar,

Prior to the break you asked that I reschedule both your post-observation and disciplinary meetings until after the break.

Your reason for rescheduling the post-observation was the following:

"Seeing as how I have two classes and then lunch, I will not have time to read through and analyze the low inference notes that you just sent. I am requesting to reschedule this meeting until after break." (Your email dated April 7, 2017)

## Re: Post Observation Meeting with Ms. Rosales today

From: Alice O'Neil (AOneil@uft.org)
To: mszabar@yahoo.com
Cc: jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com
Date: Monday, December 19, 2016, 8:02 PM EST

Yes, you may add any additional documentation Maya as the process for an Article 23 is different from a Step 1 Grievance. Do you have a co-teacher or Paraprofessional in any of your classes?

Sent with Good Work (www.blackberry.com)

On Dec 19, 2016 2:40 PM, Maya Zabar <mszabar@yahoo.com> wrote:
Hi Alice.

I met with Ms. Rosales to do a post observation for her observation of me last Monday, Dec12, 2016. She observed my class for 30 minutes and spent the entire time interviewing students. Her low inference notes, which I can send you if you like, make no mention of anything I am doing during class - which makes me look like I'm doing nothing. This is nothing further than the truth. While students are working in groups or independently, I never sit. I am constantly walking around, assessing students individually or in groups. Ms. Rosales indicated during our meeting that my lesson was entirely Ineffective. Because she has no evidence in her low inference notes of me doing any assessing or engagement or any teaching whatsoever, this means she cannot write I met those criteria. She kept repeating that she is following Danielson. At this point, I will admit that I grew upset and told her so, albeit politely. When she asked what I needed to improve, I told her I needed actual support from my administration. Then she said, "When you let us know what you need, we will get it to you.", but she failed to mention/remember that I requested to observe her teaching via email, twice. I excused myself at this point. I have a feeling this will be called unprofessional and I will get another letter to file.

Specifically regarding this observation, Ms. Rosales has known about my Vocabulary Mondays for months now. She has never once indicated that it was in any way, shape or form, an unproductive or purposeless lesson. However, according to her today, my lesson was totally Ineffective because according to Danielson, "A whole lesson spent on vocabulary is ineffective." This means that she has known I've done lessons that, according to her, she's known have been 'wrong' and never once told me to stop doing them. Instead, she visits on a vocabulary day - knowing what I do those days and knowing that she would interpret my lesson as ineffective. Instead of being my supervisor and infoming me to avoid doing this lesson, she let me continue until she could 'catch me' doing it.

Can we include today in our Article 23? Thank you.

———————————————— Ms. Maya Zabar

DR #18/19



Join the fight at www.uft.org/unionproud.

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

### Re: Additional Information on post observation

From: Maya Zabar (mszabar@yahoo.com)
To: AOneil@uft.org
Cc: jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com
Date: Monday, December 19, 2016, 8:59 PM EST

DR #18/19

I do not co-teach.

I wanted to add just 2 things more regarding today: Ms. Rosales began picking apart my lesson plan. Specifically, she disagreed with the way I was using the Essential Questions they 'recommend' we include. She told me to put the essential questions for the unit on the plan. I did not argue with her, but I wonder if this isn't another way to set teachers up. If we have the unit questions, but the lesson isn't exactly aligned to the unit questions, they'll penalize us for that.

And the last item to mention about today, Ms. Rosales informed me that Mr. Urena saw her low inference notes before she sent them to me.

I will be filing another APPR for this observation, as there was really not much observing going on. I am sure he will deny this as well. Is there anything else I need to be doing? I'm feeling very low and helpless. Being proactive would be helpful. What should I focus on doing to protect myself next?

_____ Ms. Maya Zabar


On Monday, December 19, 2016 8:18 PM, Alice O'Neil <AOneil@uft.org> wrote:


That is good news that teachers are reporting that they are receiving fair evaluations with her Maya. Do you have either a co-teacher or Paraprofessional in any of your classes who could be a witness for your Article 23?
Sent with Good Work (www.blackberry.com)
On Dec 19, 2016 5:20 PM, Maya Zabar <mszabar@yahoo.com> wrote:
Hi again.

I just want to make sure I have all the information down for you. I found it most upsetting during the meeting when she told me "If it's not in my notes, then I can't evaluate it." So, in other words, if she didn't write what I was doing in the classroom during her observation, I may as well have done nothing because it's the same according to her interpretation of Danielson. She further informed me that any additional items (like the end of the week quiz the students would take in conjunction with the assignment they worked on in class) could not be accepted because it was not part of her observation. This was news to me, as clarifying materials have always been accepted in the past by my other English APs. I walked away from this meeting understanding that if something is missing from an APs low inference notes, then they interpret it as the teacher not having done it. In other words, low inference notes can be manipulated to suit the needs of the AP. This is why I requested video taping; which was not done for this observation either.

As for the Article 23 resolution - I do not trust any AP in the building because they all report to Mr. Urena and must have his approval before writing up their observations. I would very much like an outside person to come in and observe and write it up. But if I must have someone from the school, and it cannot be a colleague from my department, then I hope Ms. Budney will be able to be fair. Her staff have expressed to me she's been fair enough this year. (What that means is unclear - you might have a better sense.)

# Fwd: Post Observation Meeting with Ms. Rosales today

From: Ms. Maya Zabar (mszabar@yahoo.com)
To: bglass@ghnylaw.com
Date: Monday, January 7, 2019, 9:23 AM EST

Ms. Zabar

DR#18/A

---------- Forwarded message ----------
From: Maya Zabar <mszabar@yahoo.com>
Date: Dec 19, 2016 2:36 PM
Subject: Post Observation Meeting with Ms. Rosales today
To: Alice O'Neil <aoneil@uft.org>
Cc: Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>

Hi Alice.

I met with Ms. Rosales to do a post observation for her observation of me last Monday, Dec12, 2016. She observed my class for 30 minutes and spent the entire time interviewing students. Her low inference notes, which I can send you if you like, make no mention of anything I am doing during class - which makes me look like I'm doing nothing. This is nothing further than the truth. While students are working in groups or independently, I never sit. I am constantly walking around, assessing students individually or in groups. Ms. Rosales indicated during our meeting that my lesson was entirely Ineffective. Because she has no evidence in her low inference notes of me doing any assessing or engagement or any teaching whatsoever, this means she cannot write I met those criteria. She kept repeating that she is following Danielson. At this point, I will admit that I grew upset and told her so, albeit politely. When she asked what I needed to improve, I told her I needed actual support from my administration. Then she said, "When you let us know what you need, we will get it to you.", but she failed to mention/remember that I requested to observe her teaching via email, twice. I excused myself at this point. I have a feeling this will be called unprofessional and I will get another letter to file.

Specifically regarding this observation, Ms. Rosales has known about my Vocabulary Mondays for months now. She has never once indicated that it was in any way, shape or form, an unproductive or purposeless lesson. However, according to her today, my lesson was totally Ineffective because according to Danielson, "A whole lesson spent on vocabulary is ineffective." This means that she has known I've done lessons that, according to her, she's known have been 'wrong' and never once told me to stop doing them. Instead, she visits on a vocabulary day - knowing what I do those days and knowing that she would interpret my lesson as ineffective. Instead of being my supervisor and informing me to avoid doing this lesson, she let me continue until she could 'catch me' doing it.

Can we include today in our Article 23? Thank you.

_____ Ms. Maya Zabar

Ms. Zabar

## RE: Article 23 complaint

From: Alice O'Neil (AOneil@uft.org)

To: mszabar@yahoo.com

Date: Tuesday, May 16, 2017, 4:53 PM EDT



Unfortunately members are complaining regarding this AP Maya. Can you forward the letter to me?

Sent with BlackBerry Work
(www.blackberry.com)

> **From:** Maya Zabar <mszabar@yahoo.com>
> **Date:** Tuesday, May 16, 2017, 4:22 PM
> **To:** Alice O'Neil <AOneil@uft.org>
> **Cc:** Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>
> **Subject:** Re: Article 23 complaint
>
> Ok. We can submit Budney instead, tho it's still a poor solution. So what should I do now to file the appeal?
>
> Sent from my iPhone
>
> On May 16, 2017, at 12:46 PM, Alice O'Neil <AOneil@uft.org> wrote:
>
>> The AP cannot be a remedy after the Arbitration for your APPR Complaint Maya.
>>
>> Sent with BlackBerry Work
>> (www.blackberry.com)
>>
>>> **From:** Maya Zabar <mszabar@yahoo.com>
>>> **Date:** Tuesday, May 16, 2017, 10:43 AM
>>> **To:** Alice O'Neil <AOneil@uft.org>, Jason Agosto <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>
>>> **Subject:** Article 23 complaint
>>>
>>> Hi Alice.
>>>
>>> I received the Article 23 review yesterday and it said it was denied. I have 9 business days to appeal, which I'd like to do. It would be very helpful to know why the committee denied it and what I need to do next. Thank you.
>>>
>>> Additionally, I just received Mr. Urena's latest observation, which is 99% Ineffective and I am submitting an APPR on it today.
>>>
>>> _____ Ms. Maya Zabar

## Re: RE: Fwd: Disciplinary and Post-Observation Rescheduled

From: Maya Zabar (mszabar@yahoo.com)

To: AOneil@uft.org

Cc: jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Date: Friday, April 21, 2017, 10:15 PM EDT

DR#19

The complaint is regarding Urena and Rosales. I will settle for having the complaint against Urena alone and having Rosales do my observations. However, I want to stress that not being able to have an entirely outside observer come in makes my complaint irrelevant on many levels, as all the APs must have their observations approved by Urena before they are given to a teacher. Therefore, it is always Urena's word on observations, even if he was not in the classroom during the observation.

_____ Ms. Maya Zabar

On Friday, April 21, 2017, 6:55:52 PM EDT, Alice O'Neil <AOneil@uft.org> wrote:

I had offered to represent you at another date and time as today there was a monthly meeting that cannot be cancelled. Your request before the spring break was for Ms. Rosales to observe you, but your original remedy was for Ms. Budney to observe you. Your request for the Special Complaint was against both your principal and Ms. Rosales. Any change that you are requesting has to involve a meeting with the HS Superintendent again. Is your Special Complaint against your principal or your principal and the AP?

Sent with BlackBerry Work (www.blackberry.com)

---

**From:** Maya Zabar <mszabar@yahoo.com>
**Date:** Friday, Apr 21, 2017, 10:50 AM
**To:** Alice O'Neil <AOneil@uft.org>, Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>, Jeffrey Bernstein <JBernstein@uft.org>
**Subject:** Fwd: Disciplinary and Post-Observation Rescheduled

I want to know what the UFT is doing about my Article 23. I asked months ago for help and have received NOTHING. I just came back from chaperoning the Japan trip last night, at 11:30pm, and am working on less than 5 hours of sleep. Today, I come into work to read this letter from Rosales and I was just given the disciplinary letter to file, which will follow in the next email. The UFT has not done a thing to defend me from this harassment all year.

Sent from my iPhone

Begin forwarded message:

> From: "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
> Date: April 21, 2017 at 10:43:06 AM EDT
> To: "mszabar@yahoo.com" <mszabar@yahoo.com>
> Subject: Fw: Disciplinary and Post-Observation Rescheduled

## FW: Art and Design issues

From: Alice O'Neil (AOneil@uft.org)
To:   mszabar@yahoo.com
Cc:   AOneil@uft.org; PRichardson@uft.org
Date: Sunday, June 24, 2018, 6:39 PM EDT

Please see bellow Maya - could you please answer the questions below?

**Subject:** RE: Art and Design issues

The curriculum issues can be a grievance and a paperwork complaint. They are suppose to provide curriculum. We need more info about when they are writing the curriculum and for what subjects. What was the English department given?

The first issue also may be a paperwork issue. We need to know exactly what they have been directed to do and what exactly is redundant.

**From:** Maya Zabar <mszabar@yahoo.com>
**Date:** Friday, Jun 22, 2018, 12:52 PM
**To:** Alice O'Neil <AOneil@uft.org>, Parniece Richardson <PRichardson@uft.org>
**Cc:** Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>
**Subject:** Art and Design issues

Hi Alice,

There are a few issues right now at the school that I feel could be grieved.

Issue #1: Rosales is having everyone in the history and english departments doing Regents statistics, by hand. These are things that can easily be done by computer program. This is redundant paperwork.

Issue #2: Rosales is having people write curriculum for classes they aren't even sure they're teaching or will still exist next year. I thought teachers had to get paid for curriculum writing?

Issue #3: Next year, Rosales has declared that ALL regular English classes MUST teach the same books, at the same time, in the same way. Meaning, we are all to have the same AIMs and styles as we teach. Further, no book can take longer than 3 weeks - including Shakespeare. They are not providing us the lesson plans for this. No one in the department was consulted about this decision.

I think all of these issues could be grievances. Please let us know when you can. Thank you.

Ms. Maya Zabar



Stand with us »

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

## Excessive Paperwork Grievance?

From: Maya Zabar (mszabar@yahoo.com)

To: AOneil@uft.org

Cc: jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Bcc: jbifano@schools.nyc.gov; katnny@aol.com; abytay@aol.com

Date: Friday, April 27, 2018, 7:55 AM EDT

DR#7

Hi Alice.

Attached is the most recent email from Ms. Rosales about grades for the research paper that Mr. Urena has instructed the staff to undertake. The issues are many:

1) Let's begin with this email. The marking period ends Tuesday. She is only now telling us there are to be 4 grades entered per student. Most of us were under the impression it was two. Most of us also have stacks of things to grade from other classes. I'm not sure where we're supposed to find the time for this. Which reminds me... both PD Monday afternoons and CPT are being used strictly for grading. I was under the impression that this was inappropriate and against the contract for these times. Please let me know if I'm wrong.

2) In order to grade papers, we agreed to each take 40 randomly divided students and grade those papers. Most of us are grading papers that are not from our students. Feedback is difficult, as is being able to accurately see who's doing what or who's struggling with what. And let's not get into what happens when work is late. No one knows how to keep track of late work that's not from our own students. And no one can figure out when or how we're supposed to update those grades.

3) In order for us to data enter these grades for report cards, we must find each of our students on the list with grades, BY HAND, and then plug those grades, individually, into Skedula. I cannot explain how tedious and repetitive this is. Surely there's a way to program excel files into Skedula. Why are they asking us to do double work?

4) This is an insane amount of paperwork. I have only a single class doing this paper. But most teachers have at least 3 classes. Further, these instructions fail to take into consideration that we have other students and classes that need just as much attention.

I believe the school has a solid case for a grievance for excessive paperwork. What should we do next?

Thank you.

_____

Ms. Maya Zabar


--- On Fri, 4/27/18, Zabar Maya (02M620) <MZabar@schools.nyc.gov> wrote:

> From: Zabar Maya (02M620) <MZabar@schools.nyc.gov>
> Subject: FW: Project Grades
> To: "mszabar@yahoo.com" <mszabar@yahoo.com>
> Date: Friday, April 27, 2018, 7:43 AM
>
>
> _____
> Ms. Maya Zabar
>  _____
> From: Rosales Lynn

> Sent: Thursday, April 26, 2018 10:48
> AM
> Subject: Project Grades
>
> As your team works to complete the
> grading of the 4 components you set as a team for the 2nd
> marking period, ensure that you are uploading the grades for
> those 4 graded assignments on skedula and that you are
> following the protocol for academic supports for those with
> zeros.
>
> See me with questions.
>
> Lynn Rosales
> Assistant Principal, Humanities
>
> High School of Art & Design
> 245 East 56th Street
> New York City, NY 10022
>
> Office: 212 752-4340 Ext 80201
> Email lrosales@schools.nyc.gov
>