From: Maya Zabar <mszabar@yahoo.com>
Date: Dec 19, 2016 2:36 PM
Subject: Post Observation Meeting with Ms. Rosales today
To: Alice O'Neil <aoneil@uft.org>
Cc: Jason <jasonagosto1978@yahoo.com>,Andrew Savage <andrewvsavage88@gmail.com>

Hi Alice.

I met with Ms. Rosales to do a post observation for her observation of me last Monday, Dec12, 2016. She observed my class for 30 minutes and spent the entire time interviewing students. Her low inference notes, which I can send you if you like, make no mention of anything I am doing during class - which makes me look like I'm doing nothing. This is nothing further than the truth. While students are working in groups or independently, I never sit. I am constantly walking around, assessing students individually or in groups. Ms. Rosales indicated during our meeting that my lesson was entirely Ineffective. Because she has no evidence in her low inference notes of me doing any assessing or engagement or any teaching whatsoever, this means she cannot write I met those criteria. She kept repeating that she is following Danielson. At this point, I will admit that I grew upset and told her so, albeit politely. When she asked what I needed to improve, I told her I needed actual support from my administration. Then she said, "When you let us know what you need, we will get it to you.", but she failed to mention/remember that I requested to observe her teaching via email, twice. I excused myself at this point. I have a feeling this will be called unprofessional and I will get another letter to file.

Specifically regarding this observation, Ms. Rosales has known about my Vocabulary Mondays for months now. She has never once indicated that it was in any way, shape or form, an unproductive or purposeless lesson. However, according to her today, my lesson was totally Ineffective because according to Danielson, "A whole lesson spent on vocabulary is ineffective." This means that she has known I've done lessons that, according to her, she's known have been 'wrong' and never once told me to stop doing them. Instead, she visits on a vocabulary day - knowing what I do those days and knowing that she would interpret my lesson as ineffective. Instead of being my supervisor and infoming me to avoid doing this lesson, she let me continue until she could 'catch me' doing it.

Can we include today in our Article 23? Thank you.

_____ Ms. Maya Zabar

From: Alice O'Neil <AOneil@uft.org>
Date: Jan 20, 2017 11:17 AM
Subject: Fwd: Senior Alvin Knowles and the senior trip
To: Alice O'Neil <AOneil@uft.org>
Cc:

Emailing you Maya and Jason to your personal email addresses, not your DOE email addresses.
If a student forged a signature on a permission slip, the student would receive a suspension after the school investigates as well as contacting the parent/guardian. Whenever a member is threatened physically, the member is advised to fill out the DOE incident form, the confidential UFT safety incident form and to file a police report at the local precinct (near the school) regarding the safety threat from the student.

Sent with Good Work (www.blackberry.com)

---------- Forwarded message ----------
From: "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
Date: Jan 20, 2017 10:52 AM
Subject: Fw: Senior Alvin Knowles and the senior trip
To: Alice O'Neil <AOneil@uft.org>, "Agosto Jason E (02M630)" <JAgosto3@schools.nyc.gov>
Cc:

This was Mr. Urena's reply to my inquiry. To clarify - I mentioned the police to indicate my seriousness and, in truth, I honestly don't know what the procedure is for a situation like this.


_____
Ms. Maya Zabar


_____

From: Urena Manuel (02M630)
Sent: Thursday, January 19, 2017 8:22 PM
To: Zabar Maya (02M620); Mccalla Barrington (02M630)
Cc: Desouza Monica (02M630); Pace Lauren (02M630)
Subject: RE: Senior Alvin Knowles and the senior trip

A crime is different from a school infraction. Mr. McCalla will investigate and take appropriate action IF necessary. ANY merited disciplinary action is confidential. As for the trip, that will be MY decision as it is within my authority. Police? Is there hyperbole here? I don't understand your question. What legal authority or standing is there to call police? Feel free to see with questions by setting up an appointment.

M. Ureña

Happy Connecting. Sent from my Sprint Samsung Galaxy S® 5


-------- Original message --------
From: "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
Date: 01/19/2017 2:49 PM (GMT-05:00)
To: "Mccalla Barrington (02M630)" <BMccall2@schools.nyc.gov>
Cc: "Urena Manuel (02M630)" <MUrena4@schools.nyc.gov>, "Desouza Monica (02M630)" <MDesouza@schools.nyc.gov>, "Pace Lauren (02M630)" <LPace3@schools.nyc.gov>
Subject: Senior Alvin Knowles and the senior trip


Hello.


I was informed this afternoon that RED was approved for the Senior Trip. However, I did not sign off on his form. I even sat with RED yesterday to explain why I could not sign off on it. Ms. DeSouza today informed me that there's a signature on his forms where mine should be. If RED has forged my signature, he has committed a crime. I take this very seriously. I want to know what actions are going to be taken at this point. Is Alvin still going to go on the trip? Are his parents going to be contacted and informed? Should we get the police involved?

P006

From: Maya Zabar <mszabar@yahoo.com>
Date: Nov 11, 2016 5:51 AM
Subject: Harrassment at Art and Design HS
To: Alice O'Neil <aoneil@uft.org>,Jasonagosto1978 <jasonagosto1978@yahoo.com>,Michael Mulgrew
<mmulgrew@uft.org>,Jeffrey Bernstein <jbernstein@uft.org>,Dwayne Clark <dclark@uft.org>
Cc:

Hi Alice.

First, I've attached a PDF of copies of lesson plans he wanted staff to use as models for what he expected on our lesson plans every day. This was given to us during a lesson planning PD on Election Day. He even said, during the PD, "And even these plans aren't perfect. There's always room for improvement." If you look at these plans, some of them are pages long. This is his daily expectation of teachers.

Additionally, I had my disciplinary hearing about unprofessional conduct with Mr. Urena yesterday, Thursday Nov. 10, 2016. He said Sari Perez overheard Barbara Komansky, you and I talking about Ms. Rosales the day you were here about 2 weeks ago. I admitted we all chatted, but did not fully recall the conversation. Regardless, we were in a public area, with no students around. I did nothing wrong, which I pointed out to him when I explained that we were forced to be in the lobby because the location we were designated to be in was locked. I also mentioned I had first amendment rights, like anyone else. He told me that he did not want us chatting, unless it was behind closed doors. He specifically mentioned we had a UFT office for exactly such things; but the office is right outside Ms. Perez's office. I want to point out that Barbara did NOT receive any such disciplinary hearing, even though she was also there for the conversation and Ms. Perez overheard her in the conversation, too. Mr. Urena then seemed to accuse me to sowing seeds of dissension and mutiny in the students. He questioned me about a student who's been requesting to be in my class from Ms. Rosales's AP class for a couple of weeks. This student was transferred into my class for a day, then put back into AP. He wanted to know what I told the student regarding switching classes. I explained I tell all students the same thing: go to guidance, and if they still don't like it, to have their parents contact guidance. When the student asked me if I had room in my class, I checked my roster and let her know I did. Mr. Urena doesn't want me providing this sort of information to the students any longer. He said my behavior was unprofessional and that what I did was wrong.

This disciplinary hearing has proven his targeting of me. He didn't call Barbara in, who was mentioned by Ms. Perez to him as much as I was. He's accusing me of instigating the students to misbehave, which is so beyond who I am that it's insulting to be accused of this. I feel I must go to the EEOC and file a formal complaint.

_____ Ms. Maya Zabar

Ms. Zabar
---------- Forwarded message ----------
From: Alice O'Neil <AOneil@uft.org>
Date: Oct 12, 2016 8:00 PM
Subject: Fwd: Film class: confirmation of instructions
To: Maya Zabar <mszabar@yahoo.com>
Cc:

Hi Maya - a teacher cannot be asked to write a curriculum for a course over a weekend. Either a curriculum is provided to teachers by subject area (or teachers may be offered per session to write a curriculum). I will be at your school tomorrow. Let's resolve this tomorrow.

Sent with Good Work (www.blackberry.com)

---------- Forwarded message ----------
From: "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
Date: Oct 12, 2016 6:04 AM
Subject: Film class: confirmation of instructions
To: Rosales Lynn <LRosales@schools.nyc.gov>
Cc: "Agosto Jason E (02M630)" <JAgosto3@schools.nyc.gov>, Alice O'Neil <AOneil@uft.org>, "Urena Manuel (02M630)" <MUrena4@schools.nyc.gov>, Jeffrey Bernstein <JBernstein@uft.org>


Hi,


I just want to confirm the instructions you gave me yesterday (Oct. 11) during 8th period regarding the Film class. As per our conversation and due to the coding change of Film History to Literature to Film (though I don't entirely recall the new class name), you informed me that my curricula for the film class is no longer valid and that I have to create a new curricula by Monday. You told me that the class should now revolve around films that have connection with literature, but textbooks were not valid. And that showing even 15 minutes of uninterrupted film during class is unacceptable.


You offered support during our meeting, so I would like you to help me prioritize my responsibilities and calm my concerns. I have 100 college essays and 120 creative projects need grading by the end of the marking period next week. Should the curriculum be prioritized over the grading? Additionally, writing an entirely new curriculum is an enormous task and I do not think it is possible to write one on such short notice. I am also concerned about the flow of the classroom. The students are expecting the Film History curriculum and are very much looking forward to it. What should I tell my students regarding this massive change? Would it not be simpler to drop film entirely and allow me to transform the class into some sort of English elective (like a short story class or a writing class)? The code and name were easily changed, why not change the course of the class, as this would be much simpler than rewriting an entire film curricula?

Thank you for your advice.

Ms. Maya Zabar

UFT
UNION LOUD AND PROUD

Join the fight at www.uft.org/unionproud.

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

From: Maya Zabar <mszabar@yahoo.com>
Date: Sep 29, 2016 7:46 AM
Subject: Conflicting instructions from department to department
To: Alice O'Neil <aoneil@uft.org>,Jasonagosto1978 <jasonagosto1978@yahoo.com>
Cc:

Hi Alice.

At yesterday's 8th period CPT with Mr. Urena and Ms. Rosales, Mr. Young, Ms. Sorensen, Mr. Posso and I were told that we were now required to enter a participation grade every week. However, I learned from several math teachers that they are allowed to enter the participation grade as they see fit. So some will do it no more than at the end of the marking period. Departments are getting very inconsistent information and nothing is ever put in writing.

Additionally, I spoke to Mr. Urena on Tuesday, 9/27/16, regarding Ms. Rosales' behavior towards me and my Film History class. His only recommendation regarding Ms. Rosales was to have a conference with her, which I am uncomfortable doing at this point. As for the Film History issues, when I explained to him that these films were unavailable and that even if they were, not all students have internet access, he still refused to understand why I might need to show a film for 20 minutes, without interruption, in class. He doesn't seem to understand that you do not interrupt a band or orchestra or play or performance art piece to have discussion while the art-form is happening. Additionally, when I told him that I was very uncomfortable being evaluated in a class that is outside my license, he said he would just change the coding of Film History to English. When I told him I could not conscionably teach the class because of how divergent our pedagogical philosophies about the class were and recommended that we remove if from the curricula in the Spring, his only response was that we would revisit it later. Thus, the only thing I can deduce from this conversation and Ms. Rosales' statement that she was definitely going to be observing my Film History classes, is that he is setting me up to receive Ineffectives and Developings on all my observations. I am quite literally terrified. I feel I have attempted every possible avenue to reconcile this issue on my own.

_____ Ms. Maya Zabar

## Re: Art & Design HS - Teacher with UFT question, needs advice

From:  Alice O'Neil (AOneil@uft.org)

To:      mszabar@yahoo.com

Cc:      jasonagosto1978@yahoo.com

Date:  Sunday, September 11, 2016, 11:43 AM EDT

#6/8/12
DR

Dear Ms. Zabar and Mr. Agosto,

Within the teacher's CBA, there is a process known as Professional Conciliation under Article 24. It is different from a Step 1 Grievance in that it is not filed online by your Chapter Leader, but it involves a process that
might include a Professional Conciliator.

The Manhattan Borough Grievance Committee meets on Tuesday after the three day holiday weekend. I will forward this to our Grievance Liaison Parniece Richardson and ask the Grievance Committee to determine whether that would be best pursued under Article 24.

Sincerely,
Alice O'Neil

Sent with Good Work (www.good.com)
On Sep 11, 2016 7:06 AM, Maya Zabar <mszabar@yahoo.com> wrote:
>
> Hello Ms. O'Neil.
>
> My name is Maya Zabar and I'm an English teacher at Art & Design High School.   Jason Agosto suggested I email you for some advice.
>
> I have a single non-English coded elective in the school called Film History.  It is currently coded as a history class, but in the past 10+ years it's been an elective in the building, it's been coded under Art, History and English depending on the needs of the school.  I have been teaching it the past two years similarly to the way my predecessor, David Mulkins, taught the class.  It follows a college level format, where students must watch entire films in order to understand the choices of the artists involved in creating the films, and to understand how films influence each other.  I was told, on Friday, by our new AP, Lynn Rosales, that I will not be allowed to show films in their entirety.  This decision makes no academic sense.  It is equivalent to deciding to teach the "To be or not to be" soliloquy in Hamlet without looking at the rest of play in order to truly understand the context and impact of the speech.  Or it is like looking at one panel of a medieval triptych.  Or only showing the final product of a science experiment.  Films need to be seen in their entirety. Furthermore, I was told I could not show any unrated films, which eliminates many foreign films and any film made before the MPAA board was created November 1, 1968.  This means everything from Chaplin to Kubrick to Hitchcock.  How can I teach film history if I can't address the history?
>
> I am very uncomfortable with this decision and as the class is an elective, I am wondering what I should do about this.  Had I known this was going to happen, I would not have chosen to teach it this year.  As it stands, Ms. Rosales has told me I no longer have a choice and I must conform to what is being asked of me.  I do not know what to do.  I feel this course will be tremendously ineffective in this fashion - the students will not actually understand Film if films cannot be shown in their entirety.  I would like to email the principal and ask to be have the class eliminated and be given an additional English class or one of his newer SAT prep classes.  Is it within my rights to ask for this?  The class is an elective.  The students do NOT need it to pass, so there will be no harm done to the students if it gets removed.
>
> Please advice as soon as you can. And thank you so much for your help!
>
> _____ Ms. Maya Zabar

## Re: Article 23 information

DR#6/7

From: Alice O'Neil (AOneil@uft.org)

To:　　mszabar@yahoo.com

Cc:　　jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Date: Monday, December 19, 2016, 9:18 AM EST


Thank you Maya. Some teachers have shared that they either have similar ratings as last spring (a mix of Effective with Developing) or are waiting for their first observation report. I have complaints regarding Ms. Budney from a teacher. Did she observe you in the past? There is not an outside observer sent by the UFT. The program known as PIP is voluntary and is a confidential mentor program which would not achieve the remedy you seek. Who is on the Consultative Committee?

Sent with Good Work (www.blackberry.com)


On Dec 19, 2016 8:11 AM, Maya Zabar <mszabar@yahoo.com> wrote:
Hi Alice.

To answer your questions:

1) I was not on the committee last year. My reviews were nearly entirely Effective all of last year. I stepped in to replace Barbara Komansky.

2) The meeting you are talking about for September with the Committee was canceled because Mr. Urena refused to meet with the union without his cabinet. Nearly the entire cabinet was there, as was Jeffery Bernstein.

3) I was present for all Executive Board meetings. Jason and/or Andrew has the attendance for it. As for what I asked - I stuck mostly to things concerning English, though I did question his SAT prep class and the reasons for a single session in such a large school. Mr. Urena's responses have continually been to explain his reasons and then, essentially, dismiss the topic as finished.

4) We can verify, but I am very nearly positive that most Board members are seeing lower ratings, if not being out right targeted for poor reviews.

5) Jason and I requested Sari Perez's statement the day of the disciplinary hearing. After that, we chose to wait on your advice.

6) If there has to be someone from the school to observe me, I'd like Ms. Budney to do mine. If not, I would appreciate someone off-site, who was approved by the union.

_____ Ms. Maya Zabar


On Monday, December 19, 2016 6:13 AM, Alice O'Neil <AOneil@uft.org> wrote:


Hi Maya, Andrew and Jason,
Your log will not be shown to your principal/administration or the DOE. I have any email that you have sent to me that I have replied to (with contractual advice or further questions).
Your APPR Complaint was forwarded to the Central Grievance Committee as the Borough Grievance Committee approved it to be sent to Central. Now the Central

Grievance Committee reviews it for consideration for Arbitration.
The answers to the questions below would help your individual Special Complaint under Article 23.
1. Were you on the Consultative Committee last year Maya? If so, which dates. Who was a member/witness last spring?
2. Who are the witnesses to the Consultative meeting in September? What question(s) did you ask? What was the principal's response? (Was this the Consultative meeting that was cancelled as the principal invited his cabinet?
3. Were you at the October, November or December Consultative Committte meetings? If so, who was present? What are the questions you asked and what was the principal's response?
4. This next question depends on whether the teachers share this information which is voluntary on their part as it is confidential. What are the observation ratings of the current members of the Consultative Committee?
5. Have you requested the statement of AP Perez that she allegedly made against you? You had the right to view all witness statements against you during the disciplinary meeting. If not, you may file a Step 1 Grievance for Improper Investigation.
6. Which observer at the school level would you request as an observer?
Please let me know if any section needs clarification.
Thank you,
Alice
Sent with Good Work (www.blackberry.com)
On Dec 18, 2016 8:48 PM, Maya Zabar <mszabar@yahoo.com> wrote:
Hi Alice.

Attached is the information you requested for my Article 23. Please let me know if you need me to send you copies of emails or letters. What do I do next?

_____ Ms. Maya Zabar



Join the fight at www.uft.org/unionproud.
The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.



Join the fight at www.uft.org/unionproud.

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

## Fwd: CPT and curriculum writing

From: Ms. Maya Zabar (mszabar@yahoo.com)

To: bglass@ghnylaw.com

Date: Monday, January 7, 2019, 9:30 AM EST

DR*### 7

Ms. Zabar

———— Forwarded message ————
From: Maya Zabar <mszabar@yahoo.com>
Date: Jun 1, 2017 11:28 AM
Subject: CPT and curriculum writing
To: Alice O'Neil <aoneil@uft.org>
Cc: Jason Agosto <jasonagosto1978@yahoo.com>,Andrew Savage <andrewvsavage88@gmail.com>

Hi Alice.

I had a coverage yesterday, so wasn't able to make CPT. However, I've been informed from several colleagues that CPT was having staff write curriculum into a shared Google document. I thought teachers weren't supposed to write curriculum unless they got paid? Am I wrong about that? I can't seem to get a solid answer here.

Thanks much!

_____

Ms. Maya Zabar

Ms. Zabar

## FW: Art and Design issues

From: Alice O'Neil (AOneil@uft.org)

To:    mszabar@yahoo.com

Cc:   AOneil@uft.org; PRichardson@uft.org

Date: Sunday, June 24, 2018, 6:39 PM EDT

Please see bellow Maya - could you please answer the questions below?

---

**Subject:** RE: Art and Design issues

The curriculum issues can be a grievance and a paperwork complaint. They are suppose to provide curriculum. We need more info about when they are writing the curriculum and for what subjects. What was the English department given?

The first issue also may be a paperwork issue. We need to know exactly what they have been directed to do and what exactly is redundant.

---

**From:** Maya Zabar <mszabar@yahoo.com>
**Date:** Friday, Jun 22, 2018, 12:52 PM
**To:** Alice O'Neil <AOneil@uft.org>, Parniece Richardson <PRichardson@uft.org>
**Cc:** Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>
**Subject:** Art and Design issues

Hi Alice.

There are a few issues right now at the school that I feel could be grieved.

Issue #1: Rosales is having everyone in the history and english departments doing Regents statistics, by hand. These are things that can easily be done by computer program. This is redundant paperwork.

Issue #2: Rosales is having people write curriculum for classes they aren't even sure they're teaching or will still exist next year. I thought teachers had to get paid for curriculum writing?

Issue #3: Next year, Rosales has declared that ALL regular English classes MUST teach the same books, at the same time, in the same way.   Meaning, we are all to have the same AIMs and styles as we teach. Further, no book can take longer than 3 weeks - including Shakespeare. They are not providing us the lesson plans for this. No one in the department was consulted about this decision.

I think all of these issues could be grievances. Please let us know when you can. Thank you.

---

Ms. Maya Zabar

## Tomorrows schedule

From: Ms. Maya Zabar (mszabar@yahoo.com)

To:     aoneil@uft.org; jasonagosto1978@yahoo.com

Date: Monday, June 25, 2018, 12:39 PM EDT


Hello again.

Urenas telling us we need to be at school until 4 tomorrow.   I thought citywide was an official end time of around 3?

Ms. Zabar
Hello again.

Urenas telling us we need to be at school until 4 tomorrow.   I thought citywide was an official end time of around 3?

Ms. Zabar

DR#8

## Excessive Paperwork Grievance?

From:  Maya Zabar (mszabar@yahoo.com)

To:  AOneil@uft.org

Cc:  jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Bcc:  jbifano@schools.nyc.gov; katnny@aol.com; abytay@aol.com

Date:  Friday, April 27, 2018, 7:55 AM EDT

DEF# 7

Hi Alice.

Attached is the most recent email from Ms. Rosales about grades for the research paper that Mr. Urena has instructed the staff to undertake. The issues are many:

1) Let's begin with this email. The marking period ends Tuesday. She is only now telling us there are to be 4 grades entered per student. Most of us were under the impression it was two. Most of us also have stacks of things to grade from other classes. I'm not sure where we're supposed to find the time for this. Which reminds me... both PD Monday afternoons and CPT are being used strictly for grading. I was under the impression that this was inappropriate and against the contract for these times. Please let me know if I'm wrong.

2) In order to grade papers, we agreed to each take 40 randomly divided students and grade those papers. Most of us are grading papers that are not from our students. Feedback is difficult, as is being able to accurately see who's doing what or who's struggling with what. And let's not get into what happens when work is late. No one knows how to keep track of late work that's not from our own students. And no one can figure out when or how we're supposed to update those grades.

3) In order for us to data enter these grades for report cards, we must find each of our students on the list with grades, BY HAND, and then plug those grades, individually, into Skedula. I cannot explain how tedious and repetitive this is. Surely there's a way to program excel files into Skedula. Why are they asking us to do double work?

4) This is an insane amount of paperwork. I have only a single class doing this paper. But most teachers have at least 3 classes. Further, these instructions fail to take into consideration that we have other students and classes that need just as much attention.

I believe the school has a solid case for a grievance for excessive paperwork. What should we do next?

Thank you.

_____

Ms. Maya Zabar


--- On Fri, 4/27/18, Zabar Maya (02M620) <MZabar@schools.nyc.gov> wrote:

> From: Zabar Maya (02M620) <MZabar@schools.nyc.gov>
> Subject: FW: Project Grades
> To: "mszabar@yahoo.com" <mszabar@yahoo.com>
> Date: Friday, April 27, 2018, 7:43 AM
>
>
> _____
> Ms. Maya Zabar
>
> _____
> From: Rosales Lynn

P030

>-Sent: Thursday, April 26, 2018 10:48
> AM
> Subject: Project Grades
>
> As your team works to complete the
> grading of the 4 components you set as a team for the 2nd
> marking period, ensure that you are uploading the grades for
> those 4 graded assignments on skedula and that you are
> following the protocol for academic supports for those with
> zeros.
>
> See me with questions.
>
> Lynn Rosales
> Assistant Principal, Humanities
>
> High School of Art & Design
> 245 East 56th Street
> New York City, NY 10022
>
> Office: 212 752-4340 Ext 80201
> Email lrosales@schools.nyc.gov
>

## Fwd: RE: CPT today

From:  Ms. Maya Zabar (mszabar@yahoo.com)

To:    bglass@ghnylaw.com

Date:  Monday, January 7, 2019, 9:25 AM EST

Ms. Zabar

--------- Forwarded message ---------
From: jasonagosto1978 <jasonagosto1978@yahoo.com>
Date: Mar 23, 2017 8:22 PM
Subject: RE: CPT today
To: Alice O'Neil <AOneil@uft.org>,Maya Zabar <mszabar@yahoo.com>
Cc: Andrew Savage <andrewvsavage88@gmail.com>

DR # 8/19

I sent the request to Urena around 3 pm today. I cc Alice and Jeff.

Sent from my Verizon, Samsung Galaxy smartphone

------- Original message -------
From: Alice O'Neil <AOneil@uft.org>
Date: 3/23/17 8:03 PM (GMT-05:00)
To: Maya Zabar <mszabar@yahoo.com>
Cc: Jason Agosto <jasonagosto1978@yahoo.com>, Andrew Savage
<andrewvsavage88@gmail.com>
Subject: RE: CPT today

First you request that your Chapter Leader inquire. Did you receive the survey?

Sent with BlackBerry Work (www.blackberry.com)

**From:** Maya Zabar <mszabar@yahoo.com>
**Date:** Thursday, Mar 23, 2017, 4:07 PM
**To:** Alice O'Neil <AOneil@uft.org>
**Cc:** Jason Agosto <jasonagosto1978@yahoo.com>, Andrew Savage
<andrewvsavage88@gmail.com>
**Subject:** Re: RE: CPT today

Jason should have already emailed a request for Todd, me and himself. I will let you know if we get
them. Regardless, I still don't understand why Mr. Young and I were asked to do work during CPT
yesterday and no one else had to do anything but fill out their surveys today.

_____ Ms. Maya Zabar

On Thursday, March 23, 2017, 9:31:33 AM EDT, Alice O'Neil <AOneil@uft.org> wrote:
Hi Maya -first you request that your Chapter Leader speak with your principal to resolve the issue.
Has this happened?

Sent with BlackBerry Work (www.blackberry.com)

**From:** Maya Zabar <mszabar@yahoo.com>
**Date:** Thursday, Mar 23, 2017, 1:12 PM
**To:** Alice O'Neil <AOneil@uft.org>, Jason Agosto <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>
**Subject:** CPT today

Hi Alice.

As you know, Mr. Young and I were called out by Mr. Urena to attend CPT on Wednesday because of Monday's PD. He and I attended CPT with Ms. Rosales and worked on curriculum things. I have just learned that today, when the rest of the staff has CPT this week, CPT is them doing the teacher surveys. Mr. Young and I have not received teacher surveys to fill out. This does not seem like an oversight, but something purposeful. Furthermore, why was no one else asked to do the same tasks Mr. Young and I did yesterday?

I would like to add this along with all the other things from this week to my Article 23. Thank you.

_____ Ms. Maya Zabar





*Because we love our neighborhood public schools*
Join our campaign »

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.




*Because we love our neighborhood public schools*
Join our campaign »

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.


Ms. Zabar

## Fwd: Disciplinary meeting letter

From: Ms. Maya Zabar (mszabar@yahoo.com)

To:     bglass@ghnylaw.com

Date: Monday, January 7, 2019, 9:26 AM EST

Ms. Zabar

DR#8 / 19

Ms. Zabar

--------- Forwarded message ----------
From: Maya Zabar <mszabar@yahoo.com>
Date: Apr 7, 2017 1:12 PM
Subject: Disciplinary meeting letter
To: Alice O'Neil <AOneil@uft.org>
Cc: Jason <jasonagosto1978@yahoo.com>,Andrew Savage <andrewvsavage88@gmail.com>

> Hi.
>
> This should come as no surprise, but I just got this note 2 hours before end of day right before a vacation. So, thus far, I've received some form of this harassment the day before a vacation. There was no reason to give this to me today. Further, I am returning from Japan that day and will be severely jet lagged. I will not be ok for a disciplinary hearing that day. I would also like you to represent me. I will email you now about the date and forward the request to her.
>
> I would also like to mention that the secretary had at least 5 other letters like this in her folder. This is incredibly cruel behavior on their part and they never stop. Is there ever going to be a time when the UFT comes in and shows their muscle? Is my article 23 in the works? I've provided all the materials you requested months ago.
>
>
>
>
> Sent from my iPhone

From: Maya Zabar <mszabar@yahoo.com>
Date: Mar 23, 2017 1:12 PM
Subject: CPT today
To: Alice O'Neil <aoneil@uft.org>,Jason Agosto <jasonagosto1978@yahoo.com>,Andrew Savage <andrewvsavage88@gmail.com>
Cc:

Hi Alice.

As you know, Mr. Young and I were called out by Mr. Urena to attend CPT on Wednesday because of Monday's PD.  He and I attended CPT with Ms. Rosales and worked on curriculum things.  I have just learned that today, when the rest of the staff has CPT this week, CPT is them doing the teacher surveys.  Mr. Young and I have not received teacher surveys to fill out.  This does not seem like an oversight, but something purposeful.  Furthermore, why was no one else asked to do the same tasks Mr. Young and I did yesterday?

I would like to add this along with all the other things from this week to my Article 23.  Thank you.

_____ Ms. Maya Zabar

## Re: Harrassment of Teachers at Art and Design High School

From:  Maya Zabar (mszabar@yahoo.com)

To:    AOneil@uft.org; jasonagosto1978@yahoo.com; JBernstein@uft.org; dclark@uft.org;
       MMulgrew@uft.org

Date:  Saturday, September 24, 2016, 12:03 PM EDT

Hello Ms. O'Neil.

Thank you for the speedy response.  I do not know what a Professional Conciliation under Article 24 is.
However, during my ICP, which Mr. Urena chose to conduct with Ms. Rosales taking notes on Monday,
September 19th for nearly the entirety of 8th period, Ms. Rosales informed me at the end of the meeting, just
after Mr. Urena left to do dismissal (so he was not in the room for this statement), that the curriculum I
emailed her for the class seemed okay and that I should, "Go ahead and continue teaching it as you already
have."  However, that doesn't comfort me as it was not told to me in writing.  The supervisors in the building
verbally inform one person or group one thing and others something entirely different or nothing at all,
leaving us all guessing what the right thing to do is, with no paper trail to double check.  It creates an
atmosphere of paranoia and anxiety.

Jason Agosto was with me during the disciplinary hearing and attempted to help me rebut, but Ms. Rosales
didn't seem interested and I didn't want to lose my temper, so I told him we should just go because she
dismissed us.  I didn't want to be further penalized for not following a direct order.

Regarding the wording of our lesson plans, we can attempt to do a Professional Conciliation under Article 24
(once I learn what it is), but I fear nothing will come of it as the deciding factor will be in the hands of the
people we are trying to reason with and who are making these decisions.  If it is necessary to follow the
ladder, then I will follow what needs to be done.  But this entire process terrifies me because I feel like I am
making a 'big stink' and making them target me further.  We've already had a large number of teachers
pressured by this very sort of situation, both last year and this year.  It is why over 10 people chose to leave
the school last June.  I love Art and Design High School.  I love the kids.  I love the building.  I love my
colleagues.  I very much wish it to be the school I stay with until retirement.  I am heartbroken that making
any more 'waves' will force me to look for another position because of the anxiety I'm experiencing and the
threat to my reputation.

My contact information is:
Maya Zabar
99-72 66 Road Apt. 9N
Rego Park, NY 11374
(917) 670-5587

Thank you for you help.

---

Ms. Maya Zabar


On Saturday, September 24, 2016 9:21 AM, Alice O'Neil <AOneil@uft.org> wrote:


Dear Ms. Zabar,
Have you discussed a Professional Conciliation under Article 24 for the Film Class
and also for the wording of the lesson plan for Hamlet with your Chapter Leader?
Regarding your disciplinary meeting on Friday, you are allowed both a response to
the allegation as well as union representation. Were you alone without union
representation for this meeting?

## Fwd: Film class: confirmation of instructions

From: Alice O'Neil (AOneil@uft.org)

To:     mszabar@yahoo.com

Date: Wednesday, October 12, 2016, 8:00 PM EDT

Hi Maya - a teacher cannot be asked to write a curriculum for a course over a weekend. Either a curriculum is provided to teachers by subject area (or teachers may be offered per session to write a curriculum). I will be at your school tomorrow. Let's resolve this tomorrow.
Sent with Good Work (www.blackberry.com)
---------- Forwarded message ----------
From: "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
Date: Oct 12, 2016 6:04 AM
Subject: Film class: confirmation of instructions
To: Rosales Lynn <LRosales@schools.nyc.gov>
Cc: "Agosto Jason E (02M630)" <JAgosto3@schools.nyc.gov>, Alice O'Neil <AOneil@uft.org>, "Urena Manuel (02M630)" <MUrena4@schools.nyc.gov>, Jeffrey Bernstein <JBernstein@uft.org>

Hi.

I just want to confirm the instructions you gave me yesterday (Oct. 11) during 8th period regarding the Film class. As per our conversation and due to the coding change of Film History to Literature to Film (though I don't entirely recall the new class name), you informed me that my curricula for the film class is no longer valid and that I have to create a new curricula by Monday. You told me that the class should now revolve around films that have connection with literature, but textbooks were not valid. And that showing even 15 minutes of uninterrupted film during class is unacceptable.

You offered support during our meeting, so I would like you to help me prioritize my responsibilities and calm my concerns. I have 100 college essays and 120 creative projects need grading by the end of the marking period next week. Should the curriculum be prioritized over the grading? Additionally, writing an entirely new curriculum is an enormous task and I do not think it is possible to write one on such short notice. I am also concerned about the flow of the classroom. The students are expecting the Film History curriculum and are very much looking forward to it. What should I tell my students regarding this massive change? Would it not be simpler to drop film entirely and allow me to transform the class into some sort of English elective (like a short story class or a writing class)? The code and name were easily changed, why not change the course of the class, as this would be much simpler than rewriting an entire film curricula?

Thank you for your advice.

Ms. Maya Zabar



D&R #11
D&R #18

## Re: [Tiny Scanner] APPR June 10 2017 Urena Decision



From:　Maya Zabar (mszabar@yahoo.com)

To:　　andrewvsavage88@gmail.com

Date:　Thursday, June 15, 2017, 10:00 PM EDT

Rosales seems to follow a very strict script for Danielson. I haven't yet been able to figure out what, exactly, they are looking for from me in the classroom. I had asked both Ms. Rosales and Mr. Urena for recommendations, going so far as to request, in writing, a chance to observe Ms. Rosales teach. Their replies were to refer to the bulletin or to look online for ideas or nothing whatsoever. And nothing is ever put in writing. This was as much information as I ever received.

When I asked around, to see if anyone else had any idea what they were looking for, no one had any solid idea. What worked for one person didn't seem to work for another.

Ms. Maya Zabar

On Thursday, June 15, 2017, 3:22:16 PM EDT, Andrew Savage <andrewvsavage88@gmail.com> wrote:

Urena has repeated several times at consultation that he looks for "evidence" in all rated categories in observation reports produced by APs

Sent from my iPhone

On Jun 15, 2017, at 3:16 PM, Alice O'Neil <AOneil@uft.org> wrote:

Maya - has AP Lynn Rosales communicated this to you?

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Andrew Savage <andrewvsavage88@gmail.com>
**Date:** Thursday, Jun 15, 2017, 3:08 PM
**To:** Alice O'Neil <AOneil@uft.org>
**Cc:** Maya Zabar <mszabar@yahoo.com>, Jeffrey Bernstein <JBernstein@uft.org>, Jason <jasonagosto1978@yahoo.com>
**Subject:** Re: [Tiny Scanner] APPR June 10 2017 Urena Decision

Mine have not been changed. However, for teachers whom he has targeted this has been the case. In fact, Bernadette received a letter to file last year for informing her department that observations are extensively reviewed for correct "evidence" in all rated categories so certain targeted teachers (like Maya) have felt it more than others.

Sent from my iPhone

On Jun 15, 2017, at 2:24 PM, Alice O'Neil <AOneil@uft.org> wrote:

You may report this to SCI Maya. Your APPR Complaint is being reviewed. Did the former AP change your observation ratings?

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Maya Zabar <mszabar@yahoo.com>
**Date:** Thursday, Jun 15, 2017, 11:11 AM
**To:** Jeffrey Bernstein <JBernstein@uft.org>, Alice O'Neil <AOneil@uft.org>, Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>, Michael Mulgrew <MMulgrew@uft.org>
**Cc:** Bernadette Mikolajczyk <bernadette.mikolajczyk@googlemail.com>
**Subject:** Fwd: [Tiny Scanner] APPR June 10 2017 Urena Decision

Hi.

After getting Bernadette's permission, I have decided to email you the response she sent when I asked her to clarify Mr. Urena's methodology for teacher evaluations. She has a very unique and valid perspective. She has also testified to all this in her hearing for her dismissal by him.

Sent from my iPhone

Begin forwarded message:

**From:** Bernadette Mikolajczyk <bernadette.mikolajczyk@googlemail.com>
**Date:** June 14, 2017 at 5:53:11 PM EDT
**To:** Maya Zabar <mszabar@yahoo.com>
**Subject:** Re: [Tiny Scanner] APPR June 10 2017 Urena Decision

Hey Maya,

The role is... it's as big or as small as they want it to be. Case in point: Strauss never got involved in my Danielson ratings. Ever. DeSanctis wanted us to norm as a group more often, so that one AP's ratings weren't significantly higher (overall) than another AP's eye when observing. She was very frustrated by that. This would happen in the bldg; I'm sure you heard teachers saying that AP so-and-so gives so many HEs but AP what's-her-name gives lower ratings. Urena however (in my one semester with him) directed that every drafted report be sent to him for his review before we could call it finished; he would then send me notes or call me down if he didn't agree with my evaluations. He did this with all content APs. Basically, if he had a problem with your rating, he would say "you don't have enough evidence for this rating." We would have to go back to our notes to find more evidence or redo the domain because that aspect of the lesson didn't then by this definition merit the rating we originally gave. All this was done under the belief that we were not "properly aligned to rubrics."

By contrast, now getting evaluated by Danielson myself, even my formals are only three pages long and I'm quoted probably twice by my principal (who writes my reports). Only highlights are mentioned --not every minute of my lessons-- and I still get very good ratings. Why then was I writing 12 pages per teacher, attaching addendums, taking pictures, getting evidence galore for? There is no true rubric for how much I must write before I rate anything. What I wrote for Fran or for Eric would be more than fine here at Westinghouse. But in one swift, brutal, career-altering semester at A&D, it was never enough. Look; Fran was removed with the reinstallation of Supt Rosales and as Urena said to me once, "[he] knew all about the cabinet in October, months before he arrived in January." Whatever the plan is, he's on autopilot.

I say this with a sigh because I really loved my job, headaches and all, and I hope the mess skips your door, like Moses at Passover.

Be well,
Bernadette

 **PublicSchoolProud**

**UFT**

*Because we love our neighborhood public schools*
Join our campaign »

The views, opinions, and judgments expressed in this message are solely those of the author. The
message contents have not been reviewed or approved by the UFT.

 #**PublicSchoolProud**

**UFT**

*Because we love our neighborhood public schools*
Join our campaign »

The views, opinions, and judgments expressed in this message are solely those of the author. The message
contents have not been reviewed or approved by the UFT.

## Fwd: Disciplinary and Post-Observation Rescheduled

From:   Maya Zabar (mszabar@yahoo.com)

To:     AOneil@uft.org; jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com; jbernstein@uft.org

Date:   Friday, April 21, 2017, 10:50 AM EDT

I want to know what the UFT is doing about my Article 23. I asked months ago for help and have received
NOTHING. I just came back from chaperoning the Japan trip last night, at 11:30pm, and am working on less
than 5 hours of sleep. Today, I come into work to read this letter from Rosales and I was just given the
disciplinary letter to file, which will follow in the next email. The UFT has not done a thing to defend me from
this harassment all year.

Sent from my iPhone

Begin forwarded message:

$DR\# 18 / 19$

**From:** "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
**Date:** April 21, 2017 at 10:43:06 AM EDT
**To:** "mszabar@yahoo.com" <mszabar@yahoo.com>
**Subject: Fw: Disciplinary and Post-Observation Rescheduled**

Ms. Maya Zabar

**From:** Rosales Lynn
**Sent:** Thursday, April 20, 2017 8:16 AM
**To:** Zabar Maya (02M620)
**Cc:** Oneil Alice (02M288); Urena Manuel (02M630)
**Subject:** Disciplinary and Post-Observation Rescheduled

Ms. Zabar,

Prior to the break you asked that I reschedule both your post-observation and disciplinary meetings
until after the break.

Your reason for rescheduling the post-observation was the following:

"Seeing as how I have two classes and then lunch, I will not have time to read through and analyze the
low inference notes that you just sent. I am requesting to reschedule this meeting until after break."
(Your email dated April 7, 2017)

I noted in my response that your lunch is not period 7, but rescheduled the post-observation for Wednesday, April 19, 2017. You did not respond to my email and did not notify me that you would not be in attendance. Your meeting is now scheduled for tomorrow, April 21, 2017, period 8.

Your reason for wanting to reschedule your disciplinary meeting was the following:

"I would like Alice O'Neil to represent me at this meeting. I am not sure if April 21st works for her. I will let you know as soon as possible. Thank you." (Your email dated April 7, 2017)

I rescheduled the meeting also for Wednesday, April 19, 2017. I was not notified of your absence nor was it ever confirmed that Ms. O'Neil could not attend on April 21, 2017. Your disciplinary meeting is scheduled for tomorrow, Friday, April 21, 2017 period 8.

Both meetings will be held in room 607.

*Lynn Rosales*
Assistant Principal, Humanities

**High School of Art & Design**
245 East 56th Street
New York City, NY 10022

Office: 212 752-4340 Ext 80201
*Email lrosales@schools.nyc.gov*

The information in this email is intended for the use of the addressee and may encompass information that is confidential. Additionally, any student-specific information is protected under the regulations outlined in the **Family Educational** Rights **and Privacy Act (FERPA)**. If you are not the intended addressee, you are hereby notified that any distribution or copying of the information contained in this message is strictly unauthorized and forbidden. If you have obtained this email by mistake, please notify the sender by reply email and delete the message from your system. Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.

## Re: Post Observation Meeting with Ms. Rosales today

From: Alice O'Neil (AOneil@uft.org)

To:     mszabar@yahoo.com

Cc:     jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Date:    Monday, December 19, 2016, 8:02 PM EST

Yes, you may add any additional documentation Maya as the process for an Article 23 is different from a Step 1 Grievance. Do you have a co-teacher or Paraprofessional in any of your classes?

Sent with Good Work (www.blackberry.com)

On Dec 19, 2016 2:40 PM, Maya Zabar <mszabar@yahoo.com> wrote:
Hi Alice.

I met with Ms. Rosales to do a post observation for her observation of me last Monday, Dec12, 2016. She observed my class for 30 minutes and spent the entire time interviewing students. Her low inference notes, which I can send you if you like, make no mention of anything I am doing during class - which makes me look like I'm doing nothing. This is nothing further than the truth. While students are working in groups or independently, I never sit. I am constantly walking around, assessing students individually or in groups. Ms. Rosales indicated during our meeting that my lesson was entirely Ineffective. Because she has no evidence in her low inference notes of me doing any assessing or engagement or any teaching whatsoever, this means she cannot write I met those criteria. She kept repeating that she is following Danielson. At this point, I will admit that I grew upset and told her so, albeit politely. When she asked what I needed to improve, I told her I needed actual support from my administration. Then she said, "When you let us know what you need, we will get it to you.", but she failed to mention/remember that I requested to observe her teaching via email, twice. I excused myself at this point. I have a feeling this will be called unprofessional and I will get another letter to file.

Specifically regarding this observation, Ms. Rosales has known about my Vocabulary Mondays for months now. She has never once indicated that it was in any way, shape or form, an unproductive or purposeless lesson. However, according to her today, my lesson was totally Ineffective because according to Danielson, "A whole lesson spent on vocabulary is ineffective." This means that she has known I've done lessons that, according to her, she's known have been 'wrong' and never once told me to stop doing them. Instead, she visits on a vocabulary day - knowing what I do those days and knowing that she would interpret my lesson as ineffective. Instead of being my supervisor and informing me to avoid doing this lesson, she let me continue until she could 'catch me' doing it.

Can we include today in our Article 23? Thank you.

_____ Ms. Maya Zabar

DR #18/19



Join the fight at www.uft.org/unionproud.

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

## Re: Additional Information on post observation

From:  Maya Zabar (mszabar@yahoo.com)

To:      AOneil@uft.org

Cc:      jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Date:   Monday, December 19, 2016, 8:59 PM EST

*DR #18/19*

I do not co-teach.

I wanted to add just 2 things more regarding today: Ms. Rosales began picking apart my lesson plan. Specifically, she disagreed with the way I was using the Essential Questions they 'recommend' we include. She told me to put the essential questions for the unit on the plan. I did not argue with her, but I wonder if this isn't another way to set teachers up. If we have the unit questions, but the lesson isn't exactly aligned to the unit questions, they'll penalize us for that.

And the last item to mention about today, Ms. Rosales informed me that Mr. Urena saw her low inference notes before she sent them to me.

I will be filing another APPR for this observation, as there was really not much observing going on. I am sure he will deny this as well. Is there anything else I need to be doing? I'm feeling very low and helpless. Being proactive would be helpful. What should I focus on doing to protect myself next?

_____ Ms. Maya Zabar


On Monday, December 19, 2016 8:18 PM, Alice O'Neil <AOneil@uft.org> wrote:


That is good news that teachers are reporting that they are receiving fair evaluations with her Maya. Do you have either a co-teacher or Paraprofessional in any of your classes who could be a witness for your Article 23?
Sent with Good Work (www.blackberry.com)
On Dec 19, 2016 5:20 PM, Maya Zabar <mszabar@yahoo.com> wrote:
Hi again.

I just want to make sure I have all the information down for you. I found it most upsetting during the meeting when she told me "If it's not in my notes, then I can't evaluate it." So, in other words, if she didn't write what I was doing in the classroom during her observation, I may as well have done nothing because it's the same according to her interpretation of Danielson. She further informed me that any additional items (like the end of the week quiz the students would take in conjunction with the assignment they worked on in class) could not be accepted because it was not part of her observation. This was news to me, as clarifying materials have always been accepted in the past by my other English APs. I walked away from this meeting understanding that if something is missing from an APs low inference notes, then they interpret it as the teacher not having done it. In other words, low inference notes can be manipulated to suit the needs of the AP. This is why I requested video taping; which was not done for this observation either.

As for the Article 23 resolution - I do not trust any AP in the building because they all report to Mr. Urena and must have his approval before writing up their observations. I would very much like an outside person to come in and observe and write it up. But if I must have someone from the school, and it cannot be a colleague from my department, then I hope Ms. Budney will be able to be fair. Her staff have expressed to me she's been fair enough this year. (What that means is unclear - you might have a better sense.)

Please let me know if you need anything further.

_____ Ms. Maya Zabar



Join the fight at www.uft.org/unionproud.
The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

## CPT today

From: Maya Zabar (mszabar@yahoo.com)

To: aoneil@uft.org; jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Bcc: abytay@aol.com

Date: Thursday, March 23, 2017, 1:12 PM EDT

Hi Alice.

As you know, Mr. Young and I were called out by Mr. Urena to attend CPT on Wednesday because of Monday's PD. He and I attended CPT with Ms. Rosales and worked on curriculum things. I have just learned that today, when the rest of the staff has CPT this week, CPT is them doing the teacher surveys. Mr. Young and I have not received teacher surveys to fill out. This does not seem like an oversight, but something purposeful. Furthermore, why was no one else asked to do the same tasks Mr. Young and I did yesterday?

I would like to add this along with all the other things from this week to my Article 23. Thank you.

_____ Ms. Maya Zabar



# Addition things from today's discussion about Art and Design

From:  Maya Zabar (mszabar@yahoo.com)

To:      aoneil@uft.org; jasonagosto1978@yahoo.com

Cc:     jbernstein@uft.org; dclark@uft.org; mmulgrew@uft.org

Date:  Wednesday, October 26, 2016, 3:41 AM EDT

Hello again.

I'm very upset about my situation and I forgot to mention the following things about today's meeting in my earlier email.

Mr. Urena claimed my decision to spend more than 5 minutes on a Hamlet anticipation guide was pointless.   The guide introduces major themes in Hamlet and asks the students to reflect on those things based on their own experiences.  We spent 5 minutes reading the first half the sheet as a class, 3 minutes with students writing responses to one part of the first half, about 3 minutes on a Think/Pair/Share and 5 minutes of whole class discussion.  So he failed to understand it was my first day on Hamlet, didn't care that I had received the books 2 days earlier or that this play was a new subject and he's given no one any time to sit with colleagues to talk about how to approach new topics.  Further, neither Mr. Urena nor Ms. Rosales cared that I was spending time on the anticipation guide because the goal of the lesson was to generate interest in a book that very few students want to read.  I did not understand why my rationale was pedagogically wrong, and their explanation kept coming back to a lack of critical thinking in the classroom. They were also very critical that my choice of the having the students complete the guide at home for homework was redundant and pointless.  I offered to show them some completed work, but they were not interested.

Mr. Urena and Ms. Rosales did not mention in their low-inference notes that my students did a Think/Pair /Share during class.  When I reminded them of it at my meeting, they essentially said that since it was based on an otherwise poorly designed lesson, it didn't mean much.

I'm pretty sure I've got most of the information down now.  I will send more if I recall anything further.

_____  Ms. Maya Zabar



## Observation issues and harassment at Art and Design High School

From: Maya Zabar (mszabar@yahoo.com)

To:     aoneil@uft.org; jasonagosto1978@yahoo.com; mmulgrew@uft.org; jbernstein@uft.org;
        dclark@uft.org

Date:   Tuesday, October 25, 2016, 3:57 PM EDT

Hello.

I just had my first post-observation meeting this afternoon with Mr. Urena and Ms. Rosales. I was deemed, across the board, ineffective. They did not like my lesson plan because they didn't understand the way I wrote it. They refused to take into consideration that I had recreated the lesson within 5 minutes between periods because the original lesson was not working. Additionally, they claimed there was no critical thinking involved in any aspect of the lesson. To which I replied, "Students formulate arguments based on positions and defend those positions using their own knowledge, so they can translate that thinking into writing later on." According to them, there was no evidence of this, even though I pointed out a few moments in their low-inference notes where this could be seen. They also chose to ignore that students mainly drove the conversation in class. They may not have liked where the conversation was going, but that did not mean students were doing nothing. He said my lesson plan was missing all the "relevant components indicating an effective lesson". I pointed out that he could not use my lesson plan as the basis for observation and I reminded them that I requested it be video taped. His response was that he needs to see those elements on a lesson plan in order for it to be effective and that he gets to choose if a lesson is taped.

Furthermore, Mr. Urena told me I was going against Chancellor Regulations 501 because I only had 5 items data entered into Skedula. **What does this mean for my job?!** This is exactly the sort of intimidation and bullying we deal with on a daily basis. Additionally, I would like to find out, if possible, if Ms. Rosales is going to be written up for following the Chancellor's Regulations because I have proof that she hardly data entered anything into Skedula before a week ago. When I pointed out that students received work back with grades on them (that are in my gradebook, but not in Skedula), he said "Ok, but how will children and parents know where they stand in your class?" When I asked why those non-data-entered grades weren't enough, he could provide no real answer. He conveniently forgot that we do parental outreach every week where we MUST contact parents of failing students because we aren't allowed to fail any student unless we have followed his 7 step required outreach plan. Mr. Urena and Ms. Rosales also failed to take into account teachers must prioritize their work. He found my explanation that I had essays and projects to grade before the marking period was over and that I was also called in to meet with him regarding creating an entire new curriculum at the last minute irrelevant. So part of my evaluation will say that I don't follow Chancellor Regulations. Finally, I reached a point where I asked if there was anything in the lesson that he liked. He would not answer this question at all and pivoted to everything I was doing wrong instead.

It is obscenely clear that I am being targeted. And I am not the only teacher who is a victim here. How is it possible that so many teachers who were effective last year (and years prior) have somehow turned into ineffective morons over the summer? I am contacting my lawyer tomorrow because the UFT has 100% failed to do anything to help anyone at Art & Design about the systematic harassment and mistreatment by the principal and APs. I am also very seriously considering going to the press about our situation. It's bad enough we are treated like dirt at work, but the UFT adds insult to injury by taking our dues and doing nothing for us.

_____ Ms. Maya Zabar

Dr # 18/19

# Fwd: Harrassment of Teachers at Art and Design High School

From: Ms. Maya Zabar (mszabar@yahoo.com)

To:      bglass@ghnylaw.com

Date:   Monday, January 7, 2019, 9:13 AM EST

DR#8/19

Ms. Zabar
————— Forwarded message —————
From: Maya Zabar <mszabar@yahoo.com>
Date: Sep 24, 2016 5:40 AM
Subject: Harrassment of Teachers at Art and Design High School
To: Alice O'Neil <aoneil@uft.org>," jasonagosto1978@yahoo.com" <jasonagosto1978@yahoo.com>
Cc: jbernstein@uft.org," mmulgrew@uft.org" <mmulgrew@uft.org>," CGFarina@schools.nyc.gov"
<CGFarina@schools.nyc.gov>

Ms. O'Neil.

Yesterday, Friday September 23, 2016, I was called into a disciplinary hearing about unprofessional
behavior by Ms. Lynn Rosales, our Interim Acting Assistant Principal. She told me I would be able to
rebut at the end of the hearing, but that did not happen. She asked me questions that were designed to
prompt only yes or no responses, and at the end of the meeting informed me that I was receiving a letter
to my file and called the hearing over. I was never allowed to provide my side. Additionally, Ms. Rosales
chose to do her first walk-through of my classes during Film History earlier that day - which is already
contentious in her eyes - and I feel this was done to purposefully make me nervous prior to the hearing.

She began the hearing by discussing our initial meeting on September 9th, at the very end of the day,
after a week of only our floor not having air conditioning in 90 degree classrooms and a massive amount
of new changes the teachers are still grappling to understand and work with. This was the meeting where
she informed me that I would not be allowed to teach entire films in Film History, nor would I be able to
show unrated films. At that meeting, her tone was pedantic and she refused to listen to anything I was
trying to communicate or question. I became frustrated and admit to raising my voice slightly. In fact, I felt
somewhat guilty for this and sent her an apology that evening. She chose to use this apology email
against me in my hearing.

Her next issue was an email I sent in reply to an email from her warning me that teachers were to stay in
their CPT groups for the entire period. I replied to her email informing her I was not aware we could not
urinate during CPT. She seemed to take offense at my use of the word urinate, and called it
unprofessional. She claimed she was just reminding me of my duties. When I asked her why she only
sent this reminder to me, she told me she send reminders to people individually. I requested copies of
those emails and she refused to show any. I checked with several colleagues and no one else received
any sort of reminder. I do not understand why I was the only person who received such a reminder,
unless she was attempting to catch me shirking my duties and begin some sort of case against me. She
also failed to include the fact that I returned to the CPT meeting for the duration of the period.

Her final issue was regarding my so-called unprofessional behavior during a CPT meeting on September
16th, but she never actually said what my unprofessional conduct was that day. Furthermore, she failed
to include or allow me to include the fact that on that day she threw a staff member out of that meeting
and then yelled at me for writing a reminder to myself in a notebook and followed that by yelling, not a
raised voice - she yelled, at Ms. Sorensen and I to "Stop taking notes. You will look at me when I talk to
you."

I feel I am being systematically harassed as I am a strong union member and volunteered to be on the
Executive Committee this year. I am terrified (this is no exaggeration) that I will only be observed in the
one class that is out of my content area (Film History) purposefully, so that they can give me Ineffective

ratings and ruin my reputation as a quality teacher for 9 years. I do not know what to do. I just want to come to work and teach and give students the tools to succeed in life. I have never, in 9 years with the DOE and 15 years in the corporate world, been accused of unprofessional conduct before. I really do not know what to do and I need your help.

Thank you.

_____

Ms. Maya Zabar


Ms. Zabar

## 1st ltr to Alice O'Neil... More things to coming for the case

From: Ms. Maya Zabar (mszabar@yahoo.com)

To:      bglass@ghnylaw.com

Date:  Monday, January 7, 2019, 9:13 AM EST

Ms. Zabar
———— Forwarded message ————
From: Maya Zabar <mszabar@yahoo.com>
Date: Sep 11, 2016 7:06 AM
Subject: Art & Design HS - Teacher with UFT question, needs advice
To: aoneil@uft.org
Cc: jasonagosto1978@yahoo.com

Hello Ms. O'Neil.

My name is Maya Zabar and I'm an English teacher at Art & Design High School.   Jason Agosto suggested I email you for some advice.

I have a single non-English coded elective in the school called Film History.  It is currently coded as a history class, but in the past 10+ years it's been an elective in the building, it's been coded under Art, History and English depending on the needs of the school.  I have been teaching it the past two years similarly to the way my predecessor, David Mulkins, taught the class.  It follows a college level format, where students must watch entire films in order to understand the choices of the artists involved in creating the films, and to understand how films influence each other.  I was told, on Friday, by our new AP, Lynn Rosales, that I will not be allowed to show films in their entirety.  This decision makes no academic sense.  It is equivalent to deciding to teach the "To be or not to be" soliloquy in *Hamlet* without looking at the rest of play in order to truly understand the context and impact of the speech.  Or it is like looking at one panel of a medieval triptych.  Or only showing the final product of a science experiment.  Films need to be seen in their entirety.  Furthermore, I was told I could not show any unrated films, which eliminates many foreign films and any film made before the MPAA board was created November 1, 1968.  This means everything from Chaplin to Kubrick to Hitchcock.  How can I teach film history if I can't address the history?

I am very uncomfortable with this decision and as the class is an elective, I am wondering what I should do about this.  Had I known this was going to happen, I would not have chosen to teach it this year.  As it stands, Ms. Rosales has told me I no longer have a choice and I must conform to what is being asked of me.  I do not know what to do.  I feel this course will be tremendously ineffective in this fashion - the students will not actually understand Film if films cannot be shown in their entirety.  I would like to email the principal and ask to be have the class eliminated and be given an additional English class or one of his newer SAT prep classes.  Is it within my rights to ask for this?  The class is an elective.  The students do NOT need it to pass, so there will be no harm done to the students if it gets removed.

Please advice as soon as you can. And thank you so much for your help!

_____ Ms. Maya Zabar


Ms. Zabar

## Fw: Formal Complaint against Maya Zabar          ⫶⫶ 18

From:   Maya Zabar (mszabar@yahoo.com)

To:     bglass@ghnylaw.com; jasonagosto1978@yahoo.com; aoneil@uft.org; jbernstein@uft.org;
        andrewvsavage88@gmail.com; abytay@aol.com

Date:   Friday, March 16, 2018, 12:56 PM EDT


Hi Bryan.

This is terrifies me. I was JUST in the hospital last night with one of the most severe panic attacks of my life
and this has triggered another. I may have to go to the ER again. I really need immediate advice please.
My nerves really can't take this. This mother's email really skews what happened in that classroom.

Let me summarize: **RE** refused to go. I was fine with that. He started playing on his phone. I told him that
if he wasn't marching, then this was still a class and he would have to work on something. A friend of his
came in and asked if **RE** was going. Alan said, "No. I am going to support them from here." His friend
asked how, and Alan just shrugged. I admit I raised my voice at him because of how dismissive he was. He
just watched the entire school leave the building in solidarity and his tone of voice, coupled with his
statement, indicated to me that he was being disrespectful of the entire endeavor. I lectured him firmly, not
yelling, that I didn't care if he went or stayed. But he could not outright claim to be supportive while sitting on
his butt in class, browsing social media. At the end of the period, I apologized to him for raising my voice
and explained this exact position.

**RE** has NEVER come to me to complain about anything we do in class. I have had several other students
discuss things they disagreed with me about, and we've always come to compromise and evolved
relationship. I will admit that the news has come up lately in the classroom because nearly everything I've
been teaching connects back to the news. How does a person teach any of the themes of 1984 or Heart of
Darkness without the context of modern society? My students are told over and over that I do not care what
their opinions are provided they are informed opinions. They must back up their opinions.

At parent teacher conference, I had over a dozen parents praise me for what I'm doing with and for their
kids. I know Urena is going to use this to remove me from the classroom. I would really like an answer
ASAP. My anxiety is very very bad right now.

_____

Ms. Maya Zabar


----- Forwarded Message -----
**From:** Zabar Maya (02M620) <MZabar@schools.nyc.gov>
**To:** mszabar@yahoo.com <mszabar@yahoo.com>
**Sent:** Friday, March 16, 2018, 12:45:49 PM EDT
**Subject:** Fw: Formal Complaint against Maya Zabar



_____

Ms. Maya Zabar

_____

**From:** Maria Saldana <mariasaldana63@hotmail.com>
**Sent:** Thursday, March 15, 2018 10:21 PM

Monday Oct 2 2017

DR#K6

From: Maya Zabar (mszabar@yahoo.com)

To: aoneil@uft.org

Cc: bg@glasskrakower.com; andrewvsavage88@gmail.com; jasonagosto1978@yahoo.com

Date: Monday, October 2, 2017, 5:24 PM EDT

Hi Alice.

Jason suggested I email you an quick update on Urena's continued harassment. He observed me last week Monday with Ms. Rosales. He provided incredibly negative feedback. He came in to the same class (period 7) again today, with Ms. Rosales and Ms. Daley in tow. Both Ms. Rosales and Ms. Daley are probationary APs. Ms. Daley was the UFT Chapter leader from his old school. He is clearly attempting to set me up for negative observations once again this year. Other than keep a journal of my interactions, what else do you recommend I do?

Thank you.

Ms. Maya Zabar

Re: RE: End of year questions and one issue

From: Maya Zabar (mszabar@yahoo.com)

To: AOneil@uft.org

Cc: jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Bcc: jbernstein@uft.org

Date: Friday, June 23, 2017, 12:29 PM EDT

DR #18/19

I have asked Michael to email you or speak directly to Jason, but he is terrified to say anything. And as per request, I've attached the 3 observations currently under APPR.

Ms. Maya Zabar

On Friday, June 23, 2017, 11:48:35 AM EDT, Alice O'Neil <AOneil@uft.org> wrote:

Please have Michael Golden send me her exact words Maya. Could you please send me all three observations PDF and I will ask our UFT Evaluation Team to check your score?

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Maya Zabar <mszabar@yahoo.com>
**Date:** Friday, Jun 23, 2017, 10:49 AM
**To:** Alice O'Neil <AOneil@uft.org>
**Cc:** Jason Agosto <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>, Jeffrey Bernstein <JBernstein@uft.org>, Todd Young <abytay@aol.com>
**Subject:** End of year questions and one issue

Hi.

I currently have 3 observations under APPR. Ms. Rosales told me during our end-of-year meeting that I was likely to be on a TIPS program next year. I need to know what my final rating can be (I am assuming it should be N/A) and whether or not I can be put on a TIPS without a rating solidified.

Regarding some end of year union issues: Mr. Young and I were the only people who were told to go to the principal's conference room for our end-of-the-year meetings. Everyone else has had it in Ms. Rosales' office. Several people STILL do not have observations done. Ms. Rosales told Michael Golden that she intended to "work the department to the bone" next year.

Have a good weekend.

Ms. Maya Zabar