

*Because we love our neighborhood public schools*
<u>Join our campaign »</u>

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

 Zabar Evaluation March 22 2017.pdf
126.7kB

 Zabar Evaluation March 24 2017.pdf
127.6kB

 Zabar Evaluation May 30 2017.pdf
131.3kB

## _final motp june 2018

From:   Ms. Maya Zabar (mszabar@yahoo.com)

To:      aoneil@uft.org; bglass@ghnylaw.com; jasonagosto1978@yahoo.com

Date:   Tuesday, June 26, 2018, 2:19 PM EDT


Attached is the final paperwork received from Rosales.  It's clear they're trying for a TIPS for me.  Further, I was not told what I might be teaching next year.  I am assuming it's AP again, as she had me working on their summer assignment a few months ago.  But I can't be sure.  They are going to try to make my life hell. I am not joking when I say that this will deteriorate my mental health.  This year was hard enough.

Ms. Zabar

Attached is the final paperwork received from Rosales.  It's clear they're trying for a TIPS for me.  Further, I was not told what I might be teaching next year.  I am assuming it's AP again, as she had me working on their summer assignment a few months ago.  But I can't be sure.  They are going to try to make my life hell. I am not joking when I say that this will deteriorate my mental health.  This year was hard enough.

Ms. Zabar

📄 final motp june 2018.pdf
     2.1MB

DR# 8 /19

## Fw: Your 2017-18 Advance Overall Rating

From: Zabar Maya (02M620) (MZabar@schools.nyc.gov)

To: mszabar@yahoo.com; bglass@ghnylaw.com

Cc: aoneil@uft.org

Date: Saturday, September 1, 2018, 10:45 AM EDT

I haven't yet been told I'm on a TIPS program.   But Rosales did already ask if I would take a 6th class, which I've accepted.  I will keep you updated.

Ms. Maya Zabar

DR#18/19

---

**From:** AdvanceSupport-NoReply
**Sent:** Friday, August 31, 2018 7:25 PM
**To:** Zabar Maya (02M620)
**Subject:** Your 2017-18 Advance Overall Rating

Dear Maya Zabar,
Your _Advance_ Overall Rating is based on two subcomponent ratings: Measures of Teacher Practice and Measures of Student Learning.

Your MOTP Rating is: Your MOSL Rating is: **Your Overall Rating is:**

Ineffective          Effective          **Developing**

To view the entirety of your report, log in to the **_Advance_ Overall Rating Report Web App** with your DOE credentials. The _Advance_ Overall Rating Report (ORR) Web App allows you to view your detailed MOTP and MOSL data and explore how each of your students contributed to your MOSL ratings (please note that detailed student data is only available to teachers with Individual or Linked target populations included in their MOSL Selections). This application is designed to provide an easier-to-understand overview of your ratings.
To download your Overall Rating Report as a PDF, click the print icon on the navigation bar at the top. When prompted to print the report, use the printer dropdown menu to change the printer name to 'Save as PDF' and press the save button.
For more information about _Advance_ Overall Ratings, how they were calculated, and the Overall Rating Report Web App's functionality, please review the 2017-18 _Advance_ Overall Ratings Guide.
Below are key deadlines relating to your _Advance_ Overall Rating:

- **Between September 4 - October 5: Data Corrections Request Window**
    - If you find incorrect data in your Measures of Student Learning data (e.g., outdated roster information) you may ask your principal to submit a Data Corrections Request (DCR) on your behalf by **October 5.** Your principal must review your request, and if approved, submit the request on your behalf via an online form by **October 15.** Please keep a copy of any requests sent to your principal.
    - If your principal approves your request and it leads to a correction in your rating

information, you will receive an updated 2017-18 *Advance* Overall Rating later this
fall via your NYCDOE email.

- **By October 11: Discuss and finalize a Teacher Improvement Plan (for teachers rated Ineffective and Developing only)**
  - Evaluators are required to support teachers rated Ineffective or Developing on their *Advance* Overall Rating with a Teacher Improvement Plan (TIP). Teachers have the opportunity to collaborate with their administrator in TIP development and will be supported in TIP completion. For these teachers, the Initial Planning Conference (IPC) shall be used to discuss and finalize the TIP and therefore must occur no later than **October 1**.
  - Additional information on this process will be sent to all teachers rated Ineffective or Developing via their NYCDOE email on **August 31**.

In an effort to ensure the design of the *Advance* Overall Rating Report Web App is useful and clear for educators, please take this optional survey. Your participation in the survey will help enhance future reports. No personal information will be associated with your responses and individual responses will not be shared with your principal. We appreciate your feedback!
If you have further questions that are not answered in the 2017-18 *Advance* Overall Ratings Guide, please contact your principal.
Thank you.
The *Advance* Support Team

# Fwd: Film class: confirmation of instructions

From: Ms. Maya Zabar (mszabar@yahoo.com)

To:    bglass@ghnylaw.com

Date:  Monday, January 7, 2019, 9:13 AM EST

*DR #18/19*

Ms. Zabar
———— Forwarded message ————
From: Alice O'Neil <AOneil@uft.org>
Date: Oct 12, 2016 8:00 PM
Subject: Fwd: Film class: confirmation of instructions
To: Maya Zabar <mszabar@yahoo.com>
Cc:

> Hi Maya - a teacher cannot be asked to write a curriculum for a course over a weekend. Either a curriculum is provided to teachers by subject area (or teachers may be offered per session to write a curriculum). I will be at your school tomorrow. Let's resolve this tomorrow.
>
> Sent with Good Work (www.blackberry.com)
>
> ———— Forwarded message ————
> From: "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
> Date: Oct 12, 2016 6:04 AM
> Subject: Film class: confirmation of instructions
> To: Rosales Lynn <LRosales@schools.nyc.gov>
> Cc: "Agosto Jason E (02M630)" <JAgosto3@schools.nyc.gov>, Alice O'Neil <AOneil@uft.org>, "Urena Manuel (02M630)" <MUrena4@schools.nyc.gov>, Jeffrey Bernstein <JBernstein@uft.org>

Hi.

I just want to confirm the instructions you gave me yesterday (Oct. 11) during 8th period regarding the Film class.  As per our conversation and due to the coding change of Film History to Literature to Film (though I don't entirely recall the new class name), you informed me that my curricula for the film class is no longer valid and that I have to create a new curricula by Monday.  You told me that the class should now revolve around films that have connection with literature, but textbooks were not valid. And that showing even 15 minutes of uninterrupted film during class is unacceptable.

You offered support during our meeting, so I would like you to help me prioritize my responsibilities and calm my concerns.  I have 100 college essays and 120 creative projects need grading by the end of the marking period next week.  Should the curriculum be prioritized over the grading?  Additionally, writing an entirely new curriculum is an enormous task and I do not think it is possible to write one on such short notice.  I am also concerned about the flow of the classroom.  The students are expecting the Film History curriculum and are very much looking forward to it.  What

should I tell my students regarding this massive change? Would it not be simpler to drop film entirely and allow me to transform the class into some sort of English elective (like a short story class or a writing class)? The code and name were easily changed, why not change the course of the class, as this would be much simpler than rewriting an entire film curricula?

Thank you for your advice.

Ms. Maya Zabar



Join the fight at www.uft.org/unionproud.

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

Ms. Zabar

P082

## Fwd: Conflicting instructions from department to department

From: Ms. Maya Zabar (mszabar@yahoo.com)

To: bglass@ghnylaw.com

Date: Monday, January 7, 2019, 9:13 AM EST

DR#18/19

Ms. Zabar
---------- Forwarded message ----------
From: Maya Zabar <mszabar@yahoo.com>
Date: Sep 29, 2016 7:46 AM
Subject: Conflicting instructions from department to department
To: Alice O'Neil <aoneil@uft.org>,Jasonagosto1978 <jasonagosto1978@yahoo.com>
Cc:

Hi Alice.

At yesterday's 8th period CPT with Mr. Urena and Ms. Rosales, Mr. Young, Ms. Sorensen, Mr. Posso and I were told that we were now required to enter a participation grade every week.  However, I learned from several math teachers that they are allowed to enter the participation grade as they see fit.  So some will do it no more than at the end of the marking period.  Departments are getting very inconsistent information and nothing is ever put in writing.

Additionally, I spoke to Mr. Urena on Tuesday, 9/27/16, regarding Ms. Rosales' behavior towards me and my Film History class. His only recommendation regarding Ms. Rosales was to have a conference with her, which I am uncomfortable doing at this point.  As for the Film History issues, when I explained to him that these films were unavailable and that even if they were, not all students have internet access, he still refused to understand why I might need to show a film for 20 minutes, without interruption, in class.  He doesn't seem to understand that you do not interrupt a band or orchestra or play or performance art piece to have discussion while the art-form is happening.  Additionally, when I told him that I was very uncomfortable being evaluated in a class that is outside my license, he said he would just change the coding of Film History to English.  When I told him I could not conscionably teach the class because of how divergent our pedagogical philosophies about the class were and recommended that we remove if it from the curricula in the Spring, his only response was that we would revisit it later.  Thus, the only thing I can deduce from this conversation and Ms. Rosales' statement that she was definitely going to be observing my Film History classes, is that he is setting me up to receive Ineffectives and Developings on all my observations.  I am quite literally terrified.  I feel I have attempted every possible avenue to reconcile this issue on my own.

_____ Ms. Maya Zabar


Ms. Zabar

## Fwd: Addition things from today's discussion about Art and Design

From:  Ms. Maya Zabar (mszabar@yahoo.com)

To:      bglass@ghnylaw.com

Date:  Monday, January 7, 2019, 9:15 AM EST

*DR #18 /19*

Ms. Zabar
————— Forwarded message —————
From: Maya Zabar <mszabar@yahoo.com>
Date: Oct 26, 2016 3:41 AM
Subject: Addition things from today's discussion about Art and Design
To: Alice O'Neil <aoneil@uft.org>,Jasonagosto1978 <jasonagosto1978@yahoo.com>
Cc: Jeffrey Bernstein <jbernstein@uft.org>,Dwayne Clark <dclark@uft.org>,Michael Mulgrew
<mmulgrew@uft.org>

Hello again.

I'm very upset about my situation and I forgot to mention the following things about today's meeting in my earlier email.

Mr. Urena claimed my decision to spend more than 5 minutes on a Hamlet anticipation guide was pointless.   The guide introduces major themes in Hamlet and asks the students to reflect on those things based on their own experiences.  We spent 5 minutes reading the first half the sheet as a class, 3 minutes with students writing responses to one part of the first half, about 3 minutes on a Think/Pair/Share and 5 minutes of whole class discussion.  So he failed to understand it was my first day on Hamlet, didn't care that I had received the books 2 days earlier or that this play was a new subject and he's given no one any time to sit with colleagues to talk about how to approach new topics.  Further, neither Mr. Urena nor Ms. Rosales cared that I was spending time on the anticipation guide because the goal of the lesson was to generate interest in a book that very few students want to read.  I did not understand why my rationale was pedagogically wrong, and their explanation kept coming back to a lack of critical thinking in the classroom.  They were also very critical that my choice of the having the students complete the guide at home for homework was redundant and pointless.  I offered to show them some completed work, but they were not interested.

Mr. Urena and Ms. Rosales did not mention in their low-inference notes that my students did a Think/Pair /Share during class.  When I reminded them of it at my meeting, they essentially said that since it was based on an otherwise poorly designed lesson, it didn't mean much.

I'm pretty sure I've got most of the information down now.  I will send more if I recall anything further.

_____  Ms. Maya Zabar

Ms. Zabar

# Fwd: [Tiny Scanner] Doc Nov 22, 2016, 11:25

From: Ms. Maya Zabar (mszabar@yahoo.com)

To: bglass@ghnylaw.com

Date: Monday, January 7, 2019, 9:21 AM EST

Ms. Zabar

DR #18/19

Ms. Zabar

———— Forwarded message ————
From: Maya Zabar <mszabar@yahoo.com>
Date: Nov 22, 2016 1:16 PM
Subject: [Tiny Scanner] Doc Nov 22, 2016, 11:25
To: jasonagosto1978@yahoo.com,AOneil@uft.org,jbernstein@uft.org,mmulgrew@uft.org
Cc:

> Hi Alice.
>
> Attached you will find a copy of my observation report. It has lies and exaggerations all over. Do you want me to write a rebuttal or were we planning on grieving this report? As you can see, Mr. Urena wrote this and we already know he's bullying and harassing me. There is no way I can trust any observation he does for me. Please let me know what to do as soon as possible. Thank you.
>
>
>
>
> Sent from my iPhone

P085

## Fwd: Post Observation Meeting with Ms. Rosales today

From:  Ms. Maya Zabar (mszabar@yahoo.com)

To:      bglass@ghnylaw.com

Date:  Monday, January 7, 2019, 9:23 AM EST


Ms. Zabar

DR#18/A

————– Forwarded message ———
From: Maya Zabar <mszabar@yahoo.com>
Date: Dec 19, 2016 2:36 PM
Subject: Post Observation Meeting with Ms. Rosales today
To: Alice O'Neil <aoneil@uft.org>
Cc: Jason <jasonagosto1978@yahoo.com>,Andrew Savage <andrewvsavage88@gmail.com>


Hi Alice.

I met with Ms. Rosales to do a post observation for her observation of me last Monday, Dec12, 2016.
 She observed my class for 30 minutes and spent the entire time interviewing students.  Her low
inference notes, which I can send you if you like, make no mention of anything I am doing during
class - which makes me look like I'm doing nothing.  This is nothing further than the truth.  While
students are working in groups or independently, I never sit.  I am constantly walking around,
assessing students individually or in groups.  Ms. Rosales indicated during our meeting that my
lesson was entirely Ineffective.  Because she has no evidence in her low inference notes of me doing
any assessing or engagement or any teaching whatsoever, this means she cannot write I met those
criteria.  She kept repeating that she is following Danielson.  At this point, I will admit that I grew upset
and told her so, albeit politely.  When she asked what I needed to improve, I told her I needed actual
support from my administration.  Then she said, "When you let us know what you need, we will get it
to you.", but she failed to mention/remember that I requested to observe her teaching via email, twice.
 I excused myself at this point.  I have a feeling this will be called unprofessional and I will get another
letter to file.

Specifically regarding this observation, Ms. Rosales has known about my Vocabulary Mondays for
months now.  She has never once indicated that it was in any way, shape or form, an unproductive or
purposeless lesson.  However, according to her today, my lesson was totally Ineffective because
according to Danielson, "A whole lesson spent on vocabulary is ineffective."  This means that she has
known I've done lessons that, according to her, she's known have been 'wrong' and never once told
me to stop doing them.  Instead, she visits on a vocabulary day - knowing what I do those days and
knowing that she would interpret my lesson as ineffective.  Instead of being my supervisor and
informing me to avoid doing this lesson, she let me continue until she could 'catch me' doing it.

Can we include today in our Article 23?  Thank you.

_____ Ms. Maya Zabar



Ms. Zabar

## Fwd: Re: RE: Fwd: Disciplinary and Post-Observation Rescheduled

From: Ms. Maya Zabar (mszabar@yahoo.com)

To: bglass@ghnylaw.com

Date: Monday, January 7, 2019, 9:28 AM EST

Ms. Zabar

———— Forwarded message ————
From: jasonagosto1978 <jasonagosto1978@yahoo.com>
Date: Apr 21, 2017 10:41 PM
Subject: Re: RE: Fwd: Disciplinary and Post-Observation Rescheduled
To: Maya Zabar <mszabar@yahoo.com>
Cc:

Good show Maya! You are right.



DR#16/19

Sent from my Verizon, Samsung Galaxy smartphone

——— Original message ———
From: Maya Zabar <mszabar@yahoo.com>
Date: 4/21/17 10:15 PM (GMT-05:00)
To: Alice O'Neil <AOneil@uft.org>
Cc: Jason Agosto <jasonagosto1978@yahoo.com>, Andrew Savage
<andrewvsavage88@gmail.com>
Subject: Re: RE: Fwd: Disciplinary and Post-Observation Rescheduled

The complaint is regarding Urena and Rosales. I will settle for having the complaint against Urena
alone and having Rosales do my observations. However, I want to stress that not being able to have
an entirely outside observer come in makes my complaint irrelevant on many levels, as all the APs
must have their observations approved by Urena before they are given to a teacher. Therefore, it is
always Urena's word on observations, even if he was not in the classroom during the observation.

 Ms. Maya Zabar

On Friday, April 21, 2017, 6:55:52 PM EDT, Alice O'Neil <AOneil@uft.org> wrote:
I had offered to represent you at another date and time as today there was a monthly meeting that
cannot be cancelled. Your request before the spring break was for Ms. Rosales to observe you, but
your original remedy was for Ms. Budney to observe you. Your request for the Special Complaint was
against both your principal and Ms. Rosales. Any change that you are requesting has to involve a
meeting with the HS Superintendent again. Is your Special Complaint against your principal or your
principal and the AP?

Sent with BlackBerry Work (www.blackberry.com)

**From: Maya Zabar** <mszabar@yahoo.com>
**Date:** Friday, Apr 21, 2017, 10:50 AM
**To:** Alice O'Neil <AOneil@uft.org>, Jason <jasonagosto1978@yahoo.com>, Andrew Savage
<andrewvsavage88@gmail.com>, Jeffrey Bernstein <JBernstein@uft.org>

**Subject:** Fwd: Disciplinary and Post-Observation Rescheduled

I want to know what the UFT is doing about my Article 23. I asked months ago for help and have received NOTHING. I just came back from chaperoning the Japan trip last night, at 11:30pm, and am working on less than 5 hours of sleep. Today, I come into work to read this letter from Rosales and I was just given the disciplinary letter to file, which will follow in the next email. The UFT has not done a thing to defend me from this harassment all year.

Sent from my iPhone

Begin forwarded message:


> From: "Zabar Maya (02M620)" <MZabar@schools.nyc.gov>
> Date: April 21, 2017 at 10:43:06 AM EDT
> To: "mszabar@yahoo.com" <mszabar@yahoo.com>
> Subject: Fw: Disciplinary and Post-Observation Rescheduled


Ms. Maya Zabar


From: Rosales Lynn
Sent: Thursday, April 20, 2017 8:16 AM
To: Zabar Maya (02M620)
Cc: Oneil Alice (02M288); Urena Manuel (02M630)
Subject: Disciplinary and Post-Observ



#PublicSchoolProud

**UFT**

*Because we love our neighborhood public schools*
Join our campaign »

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.


Ms. Zabar

## Continues harassment by supervisors at Art and Design HS

From:  Maya Zabar (mszabar@yahoo.com)

To:      aoneil@uft.org; jasonagosto1978@yahoo.com

Cc:      jbernstein@uft.org; mmulgrew@uft.org

Date:  Monday, September 26, 2016, 5:38 PM EDT

Hello again.

I had a meeting today with Ms. Rosales, with Ms. Perez alongside, during 8th period today regarding their walk-thru of my Film History class last Friday (Sept. 23). Ms. Rosales told me that had this been an evaluation, my rating on the lesson would have been ineffective and that "Your job would be in jeopardy." Further, she contradicted herself again regarding this class and told me I could not show films for 20 minutes during class. When I asked what she suggested, she recommended interrupting the film continuously and having students discuss what they've seen. However, pedagogically, this makes no sense as the students need to see longer selections in order to understand artistic decisions of filmmakers. How am I to get my students to understand how mood is set if I am constantly interrupting the mood the film is attempting to set? Further, after I questioned her, she remarked that I should do what she tells me to do because "You don't want me to go to Mr. Urena about this, do you?" She then told me I was absolutely going to be evaluated, at least once, in my Film History class. And she recommended I show her my lesson plans ahead of time.

I am an effective teacher. This class is an elective. It is an art class that happens to be categorized in the History Department for unknown reasons. It is not in my content area. I am an English teacher. I do not want to be evaluated on a class outside my license and is not a required class for students to graduate. I would rather they eliminate the class or guarantee that none of my evaluations be in Film History. They are systematically harassing me and setting me up to receive all Ineffectives on my evaluations. I feel I am being purposefully targeted and harassed. If an Article 24 for Professional Conciliation is necessary, then I want to take care of this immediately. But I am nearly positive, they will refuse to listen to reason. Thank you.

_____

Ms. Maya Zabar

## C6 list by period

From:  Maya Zabar (mszabar@yahoo.com)

To:      jasonagosto1978@yahoo.com

Date:  Saturday, September 24, 2016, 8:13 PM EDT


I am clearly anxious and I am trying to keep busy by helping the school.  I reorganized it by period, so we could see more clearly what's up.  I find it very interesting that so many people are either solo or do not have APs assigned to them.  I do not understand why anyone would have solo CPTs assigned to them with an AP.  I hope this helps out.

_____  Ms. Maya Zabar

 C6 with specifics that can be managed.xlsx
14kB

Please email me your contact information so that I may assist you.
Sincerely,
Alice O'Neil
Sent with Good Work (www.good.com)
On Sep 24, 2016 5:40 AM, Maya Zabar <mszabar@yahoo.com> wrote:
Ms. O'Neil.

Yesterday, Friday September 23, 2016, I was called into a disciplinary hearing about unprofessional behavior by Ms. Lynn Rosales, our Interim Acting Assistant Principal. She told me I would be able to rebut at the end of the hearing, but that did not happen. She asked me questions that were designed to prompt only yes or no responses, and at the end of the meeting informed me that I was receiving a letter to my file and called the hearing over. I was never allowed to provide my side. Additionally, Ms. Rosales chose to do her first walk-through of my classes during Film History earlier that day - which is already contentious in her eyes - and I feel this was done to purposefully make me nervous prior to the hearing.

She began the hearing by discussing our initial meeting on September 9th, at the very end of the day, after a week of only our floor not having air conditioning in 90 degree classrooms and a massive amount of new changes the teachers are still grappling to understand and work with. This was the meeting where she informed me that I would not be allowed to teach entire films in Film History, nor would I be able to show unrated films. At that meeting, her tone was pedantic and she refused to listen to anything I was trying to communicate or question. I became frustrated and admit to raising my voice slightly. In fact, I felt somewhat guilty for this and sent her an apology that evening. She chose to use this apology email against me in my hearing.

Her next issue was an email I sent in reply to an email from her warning me that teachers were to stay in their CPT groups for the entire period. I replied to her email informing her I was not aware we could not urinate during CPT. She seemed to take offense at my use of the word urinate, and called it unprofessional. She claimed she was just reminding me of my duties. When I asked her why she only sent this reminder to me, she told me she send reminders to people individually. I requested copies of those emails and she refused to show any. I checked with several colleagues and no one else received any sort of reminder. I do not understand why I was the only person who received such a reminder, unless she was attempting to catch me shirking my duties and begin some sort of case against me. She also failed to include the fact that I returned to the CPT meeting for the duration of the period.

Her final issue was regarding my so-called unprofessional behavior during a CPT meeting on September 16th, but she never actually said what my unprofessional conduct was that day. Furthermore, she failed to include or allow me to include the fact that on that day she threw a staff member out of that meeting and then yelled at me for writing a reminder to myself in a notebook and followed that by yelling, not a raised voice - she yelled, at Ms. Sorensen and I to "Stop taking notes. You will look at me when I talk to you."

I feel I am being systematically harassed as I am a strong union member and volunteered to be on the Executive Committee this year. I am terrified (this is no exaggeration) that I will only be observed in the one class that is out of my content area (Film History) purposefully, so that they can give me Ineffective ratings and ruin my reputation as a quality teacher for 9 years. I do not know what to do. I just want to come to work and teach and give students the tools to succeed in life. I have never, in 9 years with the DOE and 15 years in the corporate world, been accused of unprofessional conduct before. I really do not know what to do and I need your help.

Thank you.

Ms. Maya Zabar





Join the fight at www.uft.org/unionproud.

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

## Re: RE: Hearing on the FIRST day of school

From: Maya Zabar (mszabar@yahoo.com)

To:     AOneil@uft.org; jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Cc:     jbernstein@uft.org

Date: Tuesday, June 27, 2017, 2:42 PM EDT

DR #19

I left a little after 2pm with a migraine. I admit to forgetting to punch out, but this is the first time I've made that mistake and it was because I was in pain. I looked for Rosales for 15 mins before I left, but she was no where to be found.

_____

Ms. Maya Zabar


On Tuesday, June 27, 2017, 10:30:52 AM EDT, Alice O'Neil <AOneil@uft.org> wrote:


What time did you leave on Friday Maya?


Sent with BlackBerry Work
(www.blackberry.com)

**From:** Maya Zabar <mszabar@yahoo.com>
**Date:** Tuesday, Jun 27, 2017, 8:43 AM
**To:** Jason <jasonagosto1978@yahoo.com>, Andrew Savage <andrewvsavage88@gmail.com>, Alice O'Neil <AOneil@uft.org>, Jeffrey Bernstein <JBernstein@uft.org>, Michael Mulgrew <MMulgrew@uft.org>
**Subject:** Hearing on the FIRST day of school

Alice,

Seriously? On the first day of school?!



_Because we love our neighborhood public schools_
Join our campaign »

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.

## .Post observation conference question

From:  Maya Zabar (mszabar@yahoo.com)

To:  aoneil@uft.org; jbernstein@uft.org; bglass@ghnylaw.com

Cc:  jasonagosto1978@yahoo.com; andrewvsavage88@gmail.com

Bcc:  abytay@aol.com

Date:  Monday, December 4, 2017, 5:11 PM EST

DR# 19

Hi Alice.

I just received Mr. Urena's low inference notes (which are chock full of misrepresentations, which I will address in a separate letter later, when I'm not so upset).  He has requested to do a post-observation conference with me on Wednesday, 8th period.  Last year, according to both him and AP Rosales, post observation conferences are a courtesy.  I have PERB against Mr. Urena.  I am not remotely comfortable being alone with him or even if another AP is there, either.  Especially as we already know he has his APs lie (see: Mr. Young's situation).  He is verbally pedantic and dismissive.  IIf I say anything that counters what he says during these conferences, he becomes loud and bullies you into not talking.  These conferences are not about helping me, but intimidating me. Can I refuse to take the meeting?  Thank you for your advice.

Ms. Maya Zabar

# 3 disciplinary letters rcvd at once



From:  Ms. Maya Zabar (mszabar@yahoo.com)

To:  bglass@ghnylaw.com; aoneil@uft.org

Date:  Wednesday, May 2, 2018, 2:12 PM EDT

Hi.

Attached are three disciplinary letters I just received at the end of period 7.  Yesterday I was observed by Ms Rosales and Ms daly.  Its very convenient they're doing this the 24 hours before my grievance hearing regarding the contractual issues for PD & CPT.

Ms. Zabar
Hi.

Attached are three disciplinary letters I just received at the end of period 7.  Yesterday I was observed by Ms Rosales and Ms daly.  Its very convenient they're doing this the 24 hours before my grievance hearing regarding the contractual issues for PD & CPT.

Ms. Zabar

 disciplinary letters rcvd may 2, 2018.pdf
4.3MB

## UFT Executive Board-4/23/18 and the Chief Leader

$DR \# 19$

From:  Andrew Savage (andrewvsavage88@gmail.com)

To:      jasonagosto1978@yahoo.com; rachel.matuk@gmail.com; geoziggy@yahoo.com;
           mszabar@yahoo.com; nnuego2@aol.com; rtrobinson13@gmail.com; janice.edelman@gmail.com

Date:  Tuesday, April 17, 2018, 8:42 AM EDT


Dear Art and Design Consultation Committee,

We have gained some momentum as a result of the letter we sent to the UFT a few weeks ago. In the interest of building on that momentum, the Movement of Rank and File Educators (MORE) has invited us as their guests to the UFT Executive Board Meeting next Monday 4/23/18 at 6pm. Please respond to this email with your availability as this would be an excellent opportunity to confront UFT leadership directly on their failure to protect our chapter.

Also, the Chief Leader Union newspaper has reached out to Jason and I in response to the copy of our letter that we sent them. The reporter would like to meet either this Friday 4/20/18 or next Friday 4/27/18 at the Starbucks on 55th and Lexington, a block away from Art and Design. Please respond to this email with your availability for this meeting and which, if any, date you would be available.

In Solidarity,

Andrew Savage
UFT Delegate
High School of Art and Design

[Tiny Scanner] Doc Mar 29, 2018, 13:57

From:  Maya Zabar (mszabar@yahoo.com)

To:    jasonagosto1978@yahoo.com; bglass@ghnylaw.com; andrewvsavage88@gmail.com; AOneil@uft.org;
       jbernstein@uft.org

Bcc:   abytay@aol.com

Date:  Thursday, March 29, 2018, 1:58 PM EDT


Because no break is ever to begin without retaliation... I just received this at the start of 8th period, the day
before spring break.

I hope everyone enjoys their own.

—

📄  Doc Mar 29, 2018, 13:57.pdf
    324.5kB

Fwd: APPR question

From: Ms. Maya Zabar (mszabar@yahoo.com)

To:     bglass@ghnylaw.com

Date:  Monday, January 7, 2019, 9:28 AM EST

Ms. Zabar
     ————— Forwarded message —————
     From: Maya Zabar <mszabar@yahoo.com>
     Date: May 29, 2017 4:17 PM
     Subject: APPR question
     To: Alice O'Neil <aoneil@uft.org>,Jason Agosto <jasonagosto1978@yahoo.com>,Andrew Savage
     <andrewvsavage88@gmail.com>
     Cc:

     Hi Alice.

     This is the updated observation from Urena.  He made a tiny change (leaving out the direct mention of
     the expunged observation), but it is essentially the same.  Just because he doesn't mention the earlier
     observation directly, doesn't mean he wasn't influenced by it.  I did not sign off to agreeing with his
     decision.

     I also wanted to know the status of my last APPR.  Should I assume no news is good news?  Thanks.

     _____ Ms. Maya Zabar

Ms. Zabar

DEF#19

## Fwd: Harrassment at Art and Design HS

From: Ms. Maya Zabar (mszabar@yahoo.com)

To: bglass@ghnylaw.com

Date: Monday, January 7, 2019, 9:18 AM EST

*DR #20*

Ms. Zabar

———— Forwarded message ————
From: Maya Zabar <mszabar@yahoo.com>
Date: Nov 11, 2016 5:51 AM
Subject: Harrassment at Art and Design HS
To: Alice O'Neil <aoneil@uft.org>,Jasonagosto1978 <jasonagosto1978@yahoo.com>,Michael Mulgrew <mmulgrew@uft.org>,Jeffrey Bemstein <jbernstein@uft.org>,Dwayne Clark <dclark@uft.org>
Cc:

Hi Alice.

First, I've attached a PDF of copies of lesson plans he wanted staff to use as models for what he expected on our lesson plans every day. This was given to us during a lesson planning PD on Election Day. He even said, during the PD, "And even these plans aren't perfect. There's always room for improvement." If you look at these plans, some of them are pages long. This is his daily expectation of teachers.

Additionally, I had my disciplinary hearing about unprofessional conduct with Mr. Urena yesterday, Thursday Nov. 10, 2016. He said Sari Perez overheard Barbara Komansky, you and I talking about Ms. Rosales the day you were here about 2 weeks ago. I admitted we all chatted, but did not fully recall the conversation. Regardless, we were in a public area, with no students around. I did nothing wrong, which I pointed out to him when I explained that we were forced to be in the lobby because the location we were designated to be in was locked. I also mentioned I had first amendment rights, like anyone else. He told me that he did not want us chatting, unless it was behind closed doors. He specifically mentioned we had a UFT office for exactly such things; but the office is right outside Ms. Perez's office. I want to point out that Barbara did NOT receive any such disciplinary hearing, even though she was also there for the conversation and Ms. Perez overheard her in the conversation, too. Mr. Urena then seemed to accuse me to sowing seeds of dissension and mutiny in the students. He questioned me about a student who's been requesting to be in my class from Ms. Rosales's AP class for a couple of weeks. This student was transferred into my class for a day, then put back into AP. He wanted to know what I told the student regarding switching classes. I explained I tell all students the same thing: go to guidance, and if they still don't like it, to have their parents contact guidance. When the student asked me if I had room in my class, I checked my roster and let her know I did. Mr. Urena doesn't want me providing this sort of information to the students any longer. He said my behavior was unprofessional and that what I did was wrong.

This disciplinary hearing has proven his targeting of me. He didn't call Barbara in, who was mentioned by Ms. Perez to him as much as I was. He's accusing me of instigating the students to misbehave, which is so beyond who I am that it's insulting to be accused of this. I feel I must go to the EEOC and file a formal complaint.

_____ Ms. Maya Zabar

Ms. Zabar

Case 1:15-cv-05236-LTS    Document 70-11    Filed 08/22/19    Page 24 of 27

## Fwd: Issues at the High School of Art and Design

From: MJ Pohl (maeve.exe@gmail.com)

To: mszabar@yahoo.com

Date: Tuesday, February 6, 2018, 9:10 AM EST

DR #20

———— Forwarded message ————
From: "Ariella Patchen" <ap73999@gmail.com>
Date: Feb 5, 2018 3:44 PM
Subject: Fwd: Issues at the High School of Art and Design
To: "MJ Pohl" <maeve.exe@gmail.com>
Cc:

———— Forwarded message ————
From: Jessica Klonsky <jessklonsky@gmail.com>
Date: Wed, Jan 3, 2018 at 8:48 AM
Subject: Re: Issues at the High School of Art and Design
To: ariella pat <ap73999@gmail.com>

Hi Ariella,

I feel for your former school and its teachers and students. I am a teacher and a parent of two students in the NYC public schools and I've been in battles with bad principals both as a teacher and as a parent. In both cases, we got rid of the principal but it took a lot of organizing and work. I can tell you a little about the battles I've been involved in and maybe you can share that with the teachers and other contacts you have at Art and Design.

For ten years I taught at EBC High School for Public Service in Bushwick, a small school with strong community connections that I loved. After the founding principal retired, we ended up with a truly unstable man, Barnaby Spring, in charge and it took 4 years to get rid of him. During that time, it was a hard place to be and many of the things that made our school successful—our advisory program, a strong public service program, etc fell apart because they required the cooperation of teachers and administration. The union was not very helpful. However, through some teacher activist connections with NYCORE and MORE, we met with teachers at Humanities Prep, where our principal had worked before and they had also organized to get rid of him. We learned that there was a pattern of unstable behavior and it confirmed for us that we needed to get rid of him. What helped us was organizing with the community group that sponsored our school Eastern Brooklyn Congregations. They have some political pull and when they sided with the teachers and started helping us organize, the DOE finally stepped in and got rid of him.

At my childrens' elementary school, PS 193, the long-time principal retired and was replaced by Tammy Flynn who immediately got into a conflict with the Parent's Association over many changes to the curriculum and in long-standing policies that just seemed designed to antagonize highly-involved parents. The main issue came when she had the Treasurer of the PA arrested after he got angry that his son was not allowed to go to the bathroom during lunch. The Parent's Association got very involved in getting rid of her after that—they had pickets outside the school, got local press involved, and over the following summer, she was removed and replaced by a new principal who has been able to forge positive relationships with everyone.

These experiences have shown me that what gets rid of bad principals is getting people unified and putting some light on the situation from outside. The DOE will not respond to concerns by teachers and parents unless they have to because supporting the principals becomes more publicly damaging to them than getting rid of them. If you look at the battles over bad principals at Townsend Harris and Central Park East in the past year you see the same thing— a long battle but the bad press makes the DOE act.

I'd say the main things to do are to get organized: Teachers need to be united. If they have a decent

Chapter Leader (union rep), that person needs to start organizing meetings whether or not the UFT is helping or not. Does Art and Design have an active Parent's Association? If so, are they in league with the principal or can they unite with the teachers? What about the students—is there a group that can get involved—maybe the newspaper, student government or even honor society?

They should reach out for help and attention. First, once they've united everyone that can be united, they should focus on one demand: getting rid of the principal. They should contact their Superintendent and ask for the principal's removal. The superintendent will ignore them. Then they should start making noise—pickets, actions, press releases, get some reporters there and just keep on doing that until the DOE finally has to act. Even small press, local neighborhood newspapers and websites have an impact. It doesn't need to be the Daily News!

I think reaching out to MORE (Movement for Rank and File Educators) will help. They are a caucus in the union and have a lot of activist educators that can support.  https://morecaucusnyc.org/
I am on sabbatical this year but was the Chapter Leader of my new school for the past two and am on a listserve with active chapter leaders, if you like or if your teacher contacts at Art and Design agree, I can share your story with them and help make a connection if there isn't one already.

Here are some articles about past fights at schools to see what others have done:

P.S. 193:
https://bklyner.com/ elementary-school-principal- removed-following-outcry-over- fathers-arrest-sheepshead-bay/

Townsend Harris:

https://www.dnainfo.com/new- york/20170421/flushing/ townsend-harris-high-school- new-principal-brian-condon

Central Park East:
https://www.nytimes.com/2017/ 04/07/nyregion/anger-over- principal-prompts-parents-to- occupy-east-harlem-school- overnight.html


I hope this is helpful! Let me know if teachers want to get in touch with MORE and I wish you all the best,

In solidarity,

Jessica Klonsky



On Jan 2, 2018, at 10:46 PM, ariella pat <ap73999@gmail.com> wrote:

Good Evening Ms.Klonsky,

My name is Ariella Patchen and I am a current student of Professor Sitrin at Binghamton University. I have been meaning to write this e-mail for quite some time now, but unfortunately due to the holidays and my pretty hectic work schedule this was the only time I was able to sit down.

Prior to my vacation I had expressed concern to Professor Sitrin about my former high school, the High School of Art and Design, and she mentioned that you may be someone that could help. However, before I contacted you I wanted to get in touch with members of the staff to not only get their permission but to become informed of the latest and most updated news. I do not even know how to express how sad I was to see how desperate they are for any external help and resources, and I am hoping that that can be achieved for them.

Under the guidance of the acting principal, Manuel Urena, Art and Design has not been living up to the potential I know it is capable of. During his two years in charge about 15-30 staff members have had to

replace- either because they were fired or left willingly (some because of personal reasons). He has replaced missing staff with teachers and administrators from his former high school, Repertory Company High School, often hiring them into positions of power (usually as Assistant Principals). Though this does not seem unreasonable I believe it is not only unfair to those who have been fired but to the current teachers. They become subjected to inconsiderate treatment that is justified through his relations to his team and there exists a lack of concern for their well being. For example, a recent of his hires was the AP of Humanities, Ms. Rosales, who I was so unlucky to have as a teacher for Advanced Placement English Literature.

As a teacher, Ms. Rosales missed approximately 8 classes in the span of three weeks during the first month of my senior year. Her lack of enthusiasm and direction when teaching was felt amongst all. Eventually she became so unbearable that I dropped the class, coming out of it learning absolutely nothing. I was nonetheless disappointed as I have a special love for literature and was extremely excited to take the class. I decided to talk to Principal Urena prior to my decision, and he suggested that we have a meeting with her about her teaching style and etc. To say the least it did not go well and he took her side often excusing her absences and praising her as an AP. The entire tone of the meeting was condescending and it made me feel embarrassed that I wished to express concern about my education.

However, when compared to that of my teachers, my experience with Ms. Rosales seems to pale in comparison. As a boss Ms. Rosales is both confusing and demanding, often issuing unreasonable tasks at last minute notice. In the words of my former senior English teacher, Maya Zabar, Rosales "terrorizes her" to the point where students have asked if she was okay after an observation. In my own experience I have witnessed Ms.Zabar become anxious after a meeting with her and it was extremely difficult to watch. Though Ms. Zabar has said some things that I have not necessarily agreed with, I do not believe an educator should ever experience that type of mental pressure to the point where their students are worrying about their general well being. Over the last year and over my current visits to the school, it has become more and more obvious how exhausted these teachers are. There is almost a layer of fear existing in the classroom as they are not sure what they should or should not say in fear they will be punished and or face repercussions. It is sort of Orwellian in a sense that teachers must censor themselves and thus limit the academic experience of their students(not to mention the constant push for standardized lessons, but that is another bureaucratic story).

Principal Urena has not only wiped out many department heads and members but has put an emphasis on the wrong goals. One instance of this was his 20,000$ donation to the schools Drama **Club**. I bolded this because I must express how concerning it is to me that he used school resources for this matter while some of our art departments are underfunded. As a Career and Technical Education school we specialize in giving students proper training in their desired fields. We offer seven majors- Illustration, Cartooning, Animation, Photography, Graphic Design, Film, and Fashion- theater is NOT one of them. It is extremely upsetting to see him make use of well needed funds on a club. In regards to why he has done so, it is assumed that he has a special love of the performing arts given his former position at a school so focused on such. It has even been speculated that he wishes to bring drama as a new major. While this may not seem like such a big issue, many students do not feel as if it is fair that Drama Club receives this sort of special attention and they are not for the idea of a new major.

His use of the school's budget is especially concerning knowing that there are only a select number of language classes being offered. In my senior year I believe there were four Spanish classes and there was one French class that held both first and third level students. The teacher was forced to spilt her time teaching both levels, and when she complained he suggested to give the first levels Ipads to learn from. This was especially difficult for me to see knowing how important language is not only in the professional world but the academic one. Classes taken in high school could easily translate into college credit, which not only looks great on an application but saves money!

Moreover, when we look at Urena's absurd approach to class scheduling, nothing stands out more to me than the Advanced Placement level Chemistry classes. When I took this class as a junior, I had two well needed periods. The content level of this class was extremely dense and the two periods allowed us to be better prepared for the examination. And yet in my senior year Urena cut out the double period and has done the same for this current school year. However, he has made two AP level classes- one with ten students and another with about 20- and instead of combining them to get the double periods has kept them separated. It just makes absolutely no sense to me. The teacher is not only frustrated but concerned for his students because the missing 45 minutes really deducts from how much material he is able to fit in. Once again I must express how upsetting this is as it is college credit on the line! I sincerely hope you wra

sense my frustration.

Urena's special favors do not stop at his donations to the Drama Club. It is suspected that he has not been opposed to changing grades for students that are not in shape to graduate.Though I do not have proof of this myself I believe there are teachers that do. On my most recent visit I have also been informed that he has also tampered with the school's graduation records, often sending failing seniors to credit recovery schools last minute to make it seem like the school is performing better than it actually is.

The teachers at Art and Design have been actively trying to fight Principal Urena. Over the last two years they have tried to get the attention of their Union but have not been taken seriously. As a student I have witnessed them dress in all black and take part in silent protests. I have also firsthand experienced Urena's unkind and uncaring attitude. In all my meetings with him he has been condescending and unconcerned with my issues. One example of this is how he had put in a substitute teacher to monitor the AP English Language exam, and how she, not knowing the rules, collected our exams 7-17 minutes early. When I asked Urena to apologize for jeopardizing our exam he called me a child. My class had to have every one of our parents call him to make sure he contacted the AP Board and had this taken seriously.

I am nervous for the future of Art and Design. This school has given me so much of what I love- a knowledge for art, a thirst for knowledge, and some of the best friends I could ever ask for. Seeing it in such shape is devastating, and I do not want to lose MORE of the teachers that I respect and cherish so much. These are amazing educators who not only are so skilled and knowledgeable but have a true passion for their subject. It physically hurts me to see how exhausted and beat down they are. I am hoping you can help us and offer us guidance and direction towards fixing this. Thank you so much for taking your time to read this. I can not even express how much it means to all of us.

All the best,
Ariella Patchen
REDACTED