UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MAYA ZABAR,

                                  **Plaintiff,**

                    -against-

**NEW YORK CITY DEPARTMENT OF
EDUCATON, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

18-CV-06657 (PGG)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2019

**SARAH NETBURN, United States Magistrate Judge:**

      On July 29, 2019, the Court conducted a discovery conference to address Defendants' motion to compel Plaintiff to produce documents. See ECF No. 70. For the reasons stated during the conference, IT IS HEREBY ORDERED that:

      1.     The parties shall schedule a time for Plaintiff to obtain her possessions from her classroom at the HSAD, preferably no later than Friday, August 2, 2019. Plaintiff shall produce any documents that are responsive to Nos. 4 and 5 of Defendants' Document Requests.

      2.     Plaintiff shall review any grievances produced during discovery either by herself or Defendants. If Plaintiff participated in filing any of these grievances, she must identify them to Defendants by Bates numbers.

      3.     Plaintiff shall review the emails identified in Exhibit J of Defendants' June 21, 2019 Letter. To the extent Plaintiff has failed to produce portions of email threads or attached documents, those materials must be provided to Defendants. In addition, Plaintiff shall search her email using the search terms and date range previously adopted by the parties. Plaintiff shall review these materials and produce any responsive documents.

4. Plaintiff shall provide Defendants with a notarized errata sheet for her deposition transcript.

5. Defendants are directed to respond to Plaintiff's third set of document demands. If the parties dispute the adequacy of Defendants' response, they should meet-and-confer before raising any issues with the Court.

6. These directives shall be completed no later than Friday, August 16, 2019, unless otherwise stated.

7. Plaintiff shall make a settlement demand to Defendants at her earliest convenience. To the extent the parties believe a settlement conference would be productive, they are directed to contact Courtroom Deputy Rachel Slusher, with both parties on the line, at (212) 805-0286, to schedule a conference.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 70 and 74. Because District Judge Paul G. Gardephe referred only this specific discovery dispute to me, and that dispute having been resolved, the Clerk of Court is further requested to terminate the referral until further action by Judge Gardephe.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: July 29, 2019
New York, New York