**GLASS HARLOW & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
ONE BLUE HILL PLAZA, SUITE 1509
PEARL RIVER, NY 10965
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
   Partner

October 28, 2020

*Via ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>    Re:    *Maya Zabar v. New York City Department of Education, et al.*
>           Docket No. 18-CV-06657 (PGG)
>           Plaintiff's Request for an Extension to File her Opposition to Defendants' Motion for Summary Judgment

Dear Judge Gardephe:

I am the attorney for Plaintiff Maya Zabar in the above-referenced matter. I write to kindly request an extension of time for Ms. Zabar to file her opposition to Defendants' motion for summary judgment. Pursuant to Your Honor's Order dated August 25, 2020 (ECF Dkt. 94), Plaintiff's opposition is currently due on November 4, 2020, Plaintiff respectfully requests until November 23, 2020 to file her submission. This is Plaintiff's first request for an extension of this deadline.

Defendants' attorney Nicholas Green has consented to Plaintiff's request and has requested that Defendants be allowed to December 18, 2020 to submit their reply. There are no other scheduled dates to be affected by this request.

Thank you for the Court's consideration.

>                                              Respectfully submitted,
>                                              */s: Bryan D. Glass*
>                                              Bryan D. Glass, Esq.
>                                              Attorney for Plaintiff

c: Nicholas Green
Assistant Corporation Counsel
Attorney for Defendants
100 Church Street, 2nd Floor
New York, NY 10007