

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 14, 2020

December 11, 2020

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   Maya Zabar v. New York City Department of Education, et al.
             Docket No. 18-CV-06657 (PGG)

Dear Judge Gardephe:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for the defendant Board of Education of the City School District of the City of New York ("BOE") (also known as and sued herein as the "New York City Department of Education") and the remaining individually named defendants Manuel Ureña, Lynn Rosales, and Sari Perez in the above-referenced action. Defendants write to seek a four week extension of the time for Defendants to serve their reply in the pending summary judgment motion in this matter from December 18, 2020 to January 15, 2020. Plaintiff's counsel has consented to this request, and this is Defendants' first request for an extension of their time to reply. This additional time is necessary in order to adequately respond to the allegations and arguments contained within Plaintiff's Opposition. This extension will not affect any other pending deadlines

                                          Respectfully submitted,
                                          */s/ Nicholas Green*
                                          Nicholas Green
                                          Assistant Corporation Counsel

- 2 -

cc: Bryan D. Glass Esq. (via ECF)
Jordan F. Harlow, Esq. (via ECF)
Glass Harlow & Hogrogian LLP
Attorneys for Plaintiff
169 South Main St., Suite 321
New City, NY, 10956
New York, NY 10004
(212) 537-6859
bg@glasskrakower.com
jh@glasskrakower.com

- 2 -