**From:** Sukra Jennifer <JSukra@schools.nyc.gov>
**Sent:** Wednesday, September 12, 2018 4:21 PM EDT
**To:** Rabot Joann <JRabot@schools.nyc.gov>; Collins Carol <CCollin1@schools.nyc.gov>; Perkins-Colon Francine <FPerkin@schools.nyc.gov>; Rodi Katherine G. <KRodi@schools.nyc.gov>; Smith Theresity <TSmith@schools.nyc.gov>; Galarza Carmen <CGalarza@schools.nyc.gov>; Brawer Sandy <SBrawer@schools.nyc.gov>; Bernstein Vicki <VBernst@schools.nyc.gov>; Feijoo Laura <LFeijoo@schools.nyc.gov>; Joseph Tracy <TJoseph6@schools.nyc.gov>; Choi Min <MChoi@schools.nyc.gov>; Shenkman Jordana <JShenkman@schools.nyc.gov>; Cuevas Frances <FCuevas@schools.nyc.gov>; Asher Randy <RAsher@schools.nyc.gov>; OPI Problem Code <OPIProblemCode@schools.nyc.gov>; OPI Reassigned Staff <OPIReassignedStaff@schools.nyc.gov>; Disciplinary Support Unit <DisciplinarySupport@schools.nyc.gov>; tenure@mail.nysed.gov <tenure@mail.nysed.gov>; Urena Manuel (02M630) <MUrena4@schools.nyc.gov>; Rosales Marisol <MRosales7@schools.nyc.gov>; Robles Dorothy <DorothyD@schools.nyc.gov>; Tafaro Rosemary <RTafaro@schools.nyc.gov>; Ifill Michele <MIfill2@schools.nyc.gov>; Rivera Judith <JRivera2@schools.nyc.gov>; Chu Yuet <YChu@schools.nyc.gov>; Edwards Sade <SEdwards25@schools.nyc.gov>; Newman Julianne <JNewman5@schools.nyc.gov>; Lopez Regina <RLopez6@schools.nyc.gov>; Sullivan Mallory <MSullivan3@schools.nyc.gov>; Lamont Naeemah <NLamont@schools.nyc.gov>; Fleishman Rishona <RFleishman@schools.nyc.gov>; Shipman Tamese <TShipman3@schools.nyc.gov>; Dover Chakima <CDover@schools.nyc.gov>; Sukra Jennifer <JSukra@schools.nyc.gov>; Serrano Angelena <ASerrano11@schools.nyc.gov>
**Subject:** Suspension Letter for MAYA ZABAR
**Attachment(s):** "Zabar, Maya- Suspension Letter.pdf"

Good Afternoon all,

Attached, please find the Suspension Letter for Maya Zabar, File: 0829255.

Thank you,

Jennifer Sukra
Disciplinary Investigator
Teacher Performance Unit
NYC Department of Education
Office of the General Counsel
100 Gold Street, 3rd Floor
New York, NY 10038
T: 212-374-6614
F: 212-374-0051
JSukra@schools.nyc.gov



**Department of Education**
Chancellor Richard A. Carranza

TEACHER PERFORMANCE UNIT
Office of the General Counsel
100 Gold St., Rm. 3402 New York, NY 10038

September 12, 2018

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED & REGULAR MAIL</u>

Maya Zabar
Redacted

Dear Maya Zabar,

    I have been advised by, Manuel Urena, Principal for Art and Design High School (02M630) located in Manhattan within District No. 02, that probable cause has been found on the charges preferred against you. In addition, I have received a recommendation that you be suspended.

    I have determined that the nature of the charges against you requires your immediate removal from your assigned duties. Therefore, in accordance with Education Law Section 3020-a, I hereby suspend you with pay effective as of close of business on 9/7/2018, pending the hearing and determination of the charges preferred against you.

    You are hereby directed to continue to report to your current assignment, unless you received a Notification of Reassignment from the Division of Human Resources.

**If this employee is currently on a leave, the suspension with pay will take effect when the teacher returns from leave.

Naeemah Lamont
Deputy Counsel to the Chancellor
(as designee for Richard A. Carranza, Chancellor)

cc:

JoAnn Rabot
Carol Collins
Francine Perkins-Colon
Katherine Rodi
Theresity Smith
Carmen Galarza
Sandy Brawer
Vicki Bernstein
Laura Feijoo
Tracy Joseph
Min Choi
Jordana Shenkman
Frances Cuevas
Randy Asher
OPI Problem Code
OPI Reassigned Staff
Disciplinary Support Unit
tenure@mail.nysed.gov
Manuel Urena
Marisol Rosales
Dorothy Robles
Rosemary Tafaro
Judith Rivera
Michele Ifill
Patricia Allen
Yuet Chu
Sade Edwards
Julianne Newman
Regina Lopez
Mallory Sullivan
Naeemah Lamont
Rishona Fleishman
Tamese Shipman
Chakima Dover
Jennifer Sukra
Angelena Serrano