**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 17TH FL. WEWORK
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
   Partner

April 8, 2024

*Via ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:   *Maya Zabar v. New York City Department of Education, et al.*
                Docket No. 18-CV-06657 (PGG)
                Joint Status Letter

Dear Judge Gardephe:

     I am the attorney for Plaintiff Maya Zabar in the above-referenced matter. Zivan Zabar, father of Plaintiff Maya Zabar, deceased, has been named administrator to Plaintiff's estate. Mr. Zabar intends to continue to pursue the case and will file a motion for substitution of Party within 90 days.

     Thank you for the Court's consideration.

                                                                     Respectfully submitted,

                                                                     */s: Bryan D. Glass*
                                                                     Bryan D. Glass, Esq.
                                                                     Attorney for Plaintiff

c:       Lauren F. Silver (*Via* ECF)
         Labor and Employment Law Division
         New York City Law Department
         100 Church Street
         New York, NY 10007
         (212) 356-2507
         lasilver@law.nyc.gov

**MEMO ENDORSED**: In light of the suggestion of death filed Defendants on April 8, 2024 (Dkt. No. 114), Plaintiff's motion for summary judgment (Dkt. No. 102) is denied as moot, without prejudice to renewal by the successor of Plaintiff's interests. The Clerk of Court is directed to terminate the motion at Dkt. No. 102.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Date: April 9, 2024