UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYA ZABAR,

               Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION; MARISOL ROSALES, SUPERINTENDENT OF HIGH SCHOOLS OF DISTRICT 2; MANUEL UREÑA, PRINCIPAL OF HIGH SCHOOL OF ART AND DESIGN; LYNN ROSALES, ASSISTANT PRINCIPAL OF HIGH SCHOOL OF ART AND DESIGN; SARI PEREZ, ASSISTANT PRINCIPAL OF HIGH SCHOOL OF ART AND DESIGN,

               Defendants.

**ORDER**

18 Civ. 6657 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants will respond to Zivan Zabar's motion for substitution as Plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure (Dkt. No. 118) by **July 15, 2024**.

Dated: New York, New York
       July 8, 2024

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge