**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ZIVAN ZABAR, ADMINSTRATOR OF THE
ESTATE OF MAYA ZABAR,

                             Plaintiff,

    -against-                                                       18 **CIVIL** 6657 (PGG)

                                                                         **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF
EDUCATION; MANUEL URENA, PRINCIPAL
OF HIGH SCHOOL OF ART AND DESIGN; LYNN
ROSALES, ASSISTANT PRINCIPAL OF HIGH
SCHOOL OF ART AND DESIGN; SARI PEREZM
ASSISTANT PRINCIPAL OF HIGH SCHOOL OF
ART AND DESIGN,

                             Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 24, 2024, Defendants' motion for summary judgment (Dkt. No, 102) is granted; accordingly, the case is closed.

**Dated:** New York, New York

       September 25, 2024

                                                                       **DANIEL ORTIZ**
                                                                  **Acting Clerk of Court**

                                       **BY:**      *K. Mango*

                                                                        **Deputy Clerk**